UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF SEATTLE, et al., <br><br> Defendants. | No. 2:14-cv-000784-JCC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James Breitenbucher of Riddell Williams P.S., hereby enters his appearance of record for Defendant Puget Sound Energy Inc. in the above-entitled cause, and requests that all further pleadings and papers therein, exclusive of original process, be served upon said attorney, in addition to Gavin W. Skok, Courtney Seim, and Bryan J. Case, as follows:

James E. Breitenbucher
Gavin W. Skok
Courtney Seim
Bryan J. Case
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
jbreitenbucher@riddellwilliams.com
gskok@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com

NOTICE OF APPEARANCE - (No. 2:14-cv-00784) - 1

4833-6501-5579.01
44901.00337

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

1  This Notice of Appearance will be effective upon service and filing.

2  DATED this 13th day of June, 2014.

                RIDDELL WILLIAMS P.S.

                By /s/ *James E. Breitenbucher*
                    James Breitenbucher, WSBA #27670
                    Gavin W. Skok, WSBA #29766
                    Courtney Seim, WSBA #35352
                    Bryan J. Case, WSBA #41781

                    1001 Fourth Avenue, Suite 4500
                    Seattle, WA 98154
                    Tel: (206) 624-3600
                    jbreitenbucher@riddellwilliams.com
                    gskok@riddellwilliams.com
                    cseim@riddellwilliams.com
                    bcase@riddellwilliams.com

                    Attorneys for Puget Sound Energy, Inc.

NOTICE OF APPEARANCE - (No. 2:14-cv-00784) - 2

4833-6501-5579.01
44901.00337

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date written below, I electronically filed the following document with the clerk of the court using the CM/ECF system, and served a true and correct copy of the foregoing document in the manner below stated:

Service List

| | |
|---|---|
| Jeffrey M. Eustis, WSBA #9262<br>John Richard Aramburu, WSBA #466<br>Aramburu & Eustis, LLP<br>720 Third Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel: (206) 625-9515<br>eustis@aramburu-eustis.com<br>rick@aramburu-eustis.com<br><br>*Attorney for Plaintiffs* | ☐ U.S. Mail<br>☐ By Messenger<br>☒ Via CM/ECF<br>☐ Via Email |
| Andrew W. Marcuse, WSBA #27552<br>516 3rd Avenue, W400<br>Seattle, WA 98104<br>Tel: (206) 477-1120<br>andrew.marcuse@kingcounty.gov<br><br>David JW Hackett, WSBA #21236<br>500 4th Avenue, #900<br>Seattle, WA 98104<br>Tel: (206) 296-9000<br>david.hackett@kingcounty.gov<br><br>*Attorneys for King County* | ☐ U.S. Mail<br>☐ By Messenger<br>☒ Via CM/ECF<br>☐ Via Email |
| Kristin E. Ballinger, WSBA #28253<br>Randall T. Thomsen, WSBA #25310<br>Timothy G. Leyh, WSBA #14853<br>Calfo Harrigan Leyh & Eakes LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>kristinb@calfoharrigan.com<br>randallt@calfoharrigan.com<br>timl@calfoharrigan.com<br><br>*Attorneys for Port of Seattle* | ☐ U.S. Mail<br>☐ By Messenger<br>☒ Via CM/ECF<br>☐ Via Email |

NOTICE OF APPEARANCE - (No. 2:14-cv-00784) - 3

4833-6501-5579.01
44901.00337

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

1  Dated this 13th day of June, 2014, at Seattle, Washington.

2  /s/ *James E. Breitenbucher*
James E. Breitenbucher
3  Riddell Williams PS
1001 Fourth Avenue, Suite 4500
4  Seattle, WA  98154
Tel:  (206) 624-3600
5  jbreitenbucher@riddellwilliams.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - (No. 2:14-cv-00784) - 4

4833-6501-5579.01
44901.00337

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600