The Honorable Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL, <br><br> Plaintiffs, <br> vs. <br><br> PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, <br><br> Defendants. | **NO. 2:14-CV-000784-JCC** <br><br> MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO QUIET TITLE AND FOR DECLARATORY RELIEF <br><br> NOTE ON MOTION CALENDAR: <br> September 25, 2014 |

COME NOW Plaintiffs and for their Motion for Leave to File a Second Amended Complaint, state as follows:

1. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides: "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires." Fed. R. Civ. Pro. 15(a)(2). During the status conference on September 16, 2014, the Court set January 2, 2015 as the deadline to amend pleadings.

Motion for Leave to File Second
Amended Complaint **–**
2:14-cv-000784-JCC - Page 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

2. The proposed amendments are limited at this time to add two additional property owners as Plaintiffs and to add Central Puget Sound Regional Transit Authority ("Sound Transit") as an additional Defendant.

3. First, two additional property owners, Pamela Hunt and Gretchen Chambers, wish to join this lawsuit and counsel requests permission to join these additional property owners as Plaintiffs.

4. Second, Plaintiffs have determined that Sound Transit may claim an interest in the right-of-way that is at issue in this case and is a necessary party for Plaintiffs' quiet title action. In order for the accurate adjudication of this quiet title action, it is necessary that all interested parties be joined and, therefore, Plaintiffs seek to file a Second Amended Complaint adding Sound Transit as a defendant.

5. Pursuant to Local Civil Rule 15, a copy of Plaintiffs' proposed Second Amended Complaint is attached hereto as Exhibit A indicating how it differs from the First Amended Complaint.

6. The filing of the Second Amended Complaint with the addition of the additional Plaintiffs and Sound Transit as a defendant will not prejudice the other parties or cause undue delay.

7. Plaintiffs contacted the three present Defendants seeking consent to file and Defendants expressed no objection on two separate occasions.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Leave to File Second Amended Complaint, and for such further relief that the Court may deem just and proper.

Motion for Leave to File Second
Amended Complaint –
2:14-cv-000784-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1  Date: September 25, 2014.                    BAKER STERCHI COWDEN & RICE, L.L.C.

                                                By /s/ Thomas S. Stewart
                                                   Thomas S. Stewart
                                                   Elizabeth McCulley
                                                   Laura J. Bettenhausen
                                                   2400 Pershing Road, Suite 500
                                                   Kansas City, MO 64108
                                                   Telephone:   (816) 471-2121
                                                   Facsimile:   (816) 472-0288
                                                   stewart@bscr-law.com
                                                   mcculley@bscr-law.com
                                                   Bettenhausen@bscr-law.com

                                                AND

                                                RODGERS DEUTSCH & TURNER, P.L.L.C.
                                                Daryl A. Deutsch, WSBA No. 11003
                                                Rodgers Deutsch & Turner, P.L.L.C.
                                                3 Lake Bellevue Dr. Suite 100
                                                Bellevue, WA  98005
                                                Telephone    (425) 455-1110
                                                Facsimile    (425) 455-1626
                                                daryl@rdtlaw.com

                                                **ATTORNEYS FOR PLAINTIFFS**

Motion for Leave to File Second Amended Complaint – 2:14-cv-000784-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2014, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
999 Third Avenue, Ste. 4400
Seattle, WA  98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

Gavin W. Skok
Bryan J. Case
Courtney L. Seim
James E. Breitenbucher
RIDDELL WILLIAMS PS
1001 – 4th Avenue, Ste. 4500
Seattle, WA  98154-1065
gskok@riddellwilliams.com
bcase@riddellwilliams.com
cseim@riddellwilliams.com
jbreitenbucher@riddelwilliams.com
*Attorneys for Defendant Puget Sound Energy*

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

                                                       /s/ Thomas S. Stewart

*4816-2731-9326, v.  1*

Motion for Leave to File Second Amended Complaint –
2:14-cv-000784-JCC - Page 4

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626