The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, <br><br> Defendants. | NO. 2:14-CV-000784-JCC <br><br> **Plaintiffs' Motion for Extension of Time and Motion to file Over-Length Brief** <br><br> NOTE ON MOTION CALENDAR: September 25, 2014 |

Pursuant to Local Civil Rule 7(d)(2)(A) and 7(f), Plaintiffs move this Court for an extension of time to file Plaintiffs' Brief in Opposition to Defendant King County's Motion to Dismiss relieving the deadline from September 29, 2014 and allowing a one week extension to a deadline of October 6, 2014.  Plaintiffs also move this Court for an Order granting approval for Plaintiffs to file an over-length Brief in Opposition allowing an additional 10 pages.  In support of this Motion, Plaintiffs state the following:

Plaintiffs' Motion for Extension of Time and Over-Length Brief– 2:14-cv-000784-JCC - Page 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1. This case involves a former railroad corridor which was acquired by the Defendants pursuant to the federal National Trail System Act, 16, U.S.C §1247(d) ("Trails Act").

2. The United States government was held liable for a "taking" when a Notice of Interim Trail Use was issued by the Surface and Transportation Board and the railroad and the Defendants reached a trail use agreement. That taking is only relevant to this case in so far as "what" was taken from the Plaintiffs and what the Defendants actually acquired pursuant to the Trails Act.

3. Plaintiffs' counsel is well-versed on the Trails Act and in the past has successfully litigated numerous Trails Act cases and is currently representing landowners in over 50 Trails Act cases pending before the United States Court of Federal Claims and the Federal Circuit.

4. In its Motion to Dismiss, Defendant has misstated the law, misquoted relevant law, quoted or cited cases out of context, misapplied applicable law, cited to case law that was specifically overturned by the Washington Supreme Court and Defendant failed to cite to binding Washington Supreme Court precedent.

5. In order to properly provide the inaccuracies in Defendant's Motion to Dismiss, Plaintiffs need to accurately and thoroughly present the history of the Trails Act and cases in the proper context to explain to this Court what exactly the Defendants acquired under the Trails Act and what Plaintiffs still own subsequent to the Trails Act taking that occurred prior to this case.

6. Plaintiffs respectfully request a one week extension to file its Brief in Opposition and an additional 10 pages for their Brief in Opposition.

7. Plaintiffs conferred with Defendants on an extension of time and no opposition was expressed.

Plaintiffs' Motion for Extension of Time and Over-Length Brief– 2:14-cv-000784-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

Date: September 25, 2014.                    BAKER STERCHI COWDEN & RICE, L.L.C.

By /s/ *Elizabeth McCulley*
Thomas S. Stewart
Elizabeth McCulley
Laura J. Bettenhausen
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone:    (816) 471-2121
Facsimile:    (816) 472-0288
stewart@bscr-law.com
mcculley@bscr-law.com
Bettenhausen@bscr-law.com

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone    (425) 455-1110
Facsimile    (425) 455-1626
daryl@rdtlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2014, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
999 Third Avenue, Ste. 4400
Seattle, WA  98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

Plaintiffs' Motion for Extension of Time and Over-Length Brief– 2:14-cv-000784-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1  Gavin W. Skok
   Bryan J. Case
2  Courtney L. Seim
   James E. Breitenbucher
3  RIDDELL WILLIAMS PS
   1001 – 4th Avenue, Ste. 4500
4  Seattle, WA  98154-1065
   gskok@riddellwilliams.com
5  bcase@riddellwilliams.com
   cseim@riddellwilliams.com
6  jbreitenbucher@riddelwilliams.com
   *Attorneys for Defendant Puget Sound Energy*
7
8
   Andrew W Marcuse
9  David J. Hackett
   King County Prosecuting Attorney, Civil Division
10 500 4th Avenue, Suite 900
   Seattle, WA 98104-5039
11 andrew.marcuse@kingcounty.gov
   david.hackett@kingcounty.gov
12 *Attorneys for Defendant King County*
13
14                                          /s/ *Elizabeth McCulley*
15
16
17
18
19
20
21
22
23
24
25

Plaintiffs' Motion for Extension of Time and Over-Length Brief– 2:14-cv-000784-JCC - Page 4

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626