THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation and KING COUNTY, a home rule charter county, <br><br> Defendants. | NO. 2:14-CV-000784-JCC <br><br><br> PLAINTIFFS' CERTIFICATE OF SERVICE |

  I hereby certify that on this 2nd day of October 2014, Plaintiffs, Ji Ao & Xin Zhou, Gretchen Chambers, Alwyn Eugene Geiser, Daniel & Kathy Haggart, Dawn Knudtson Lawson, Pamela Schafer, Jim Tasca, Kevin Tran, Richard Vaughn and David Williamson & Kristi Sunderland, by and through counsel, electronically delivered Plaintiffs' Response to Defendant Port of Seattle's First Set of Interrogatories and Requests for Production to Plaintiffs to the following:

Plaintiffs' Certificate of Service  – 2:14-cv-000784-JCC - Page 1

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

| | |
|---|---|
| 1 | Timothy G. Leyh |
| | Randall Thomsen |
| 2 | Kristin Ballinger |
| | CALFO, HARRIGAN, LEYH & EAKES, LLP |
| 3 | 999 Third Avenue, Ste. 4400 |
| | Seattle, WA  98104 |
| 4 | timl@calfoharrigan.com |
| | randallt@calfoharrigan.com |
| 5 | kristinb@calfoharrigan.com |
| | *Attorneys for Defendant Port of Seattle* |
| 6 | |
| 7 | Gavin W. Skok |
| | Bryan J. Case |
| 8 | Courtney L. Seim |
| | James E. Breitenbucher |
| 9 | RIDDELL WILLIAMS PS |
| | 1001 – 4th Avenue, Ste. 4500 |
| 10 | Seattle, WA  98154-1065 |
| 11 | gskok@riddellwilliams.com |
| | bcase@riddellwilliams.com |
| 12 | cseim@riddellwilliams.com |
| | jbreitenbucher@riddelwilliams.com |
| 13 | *Attorneys for Defendant Puget Sound Energy* |
| 14 | |
| | Andrew W Marcuse |
| 15 | David J. Hackett |
| | King County Prosecuting Attorney, Civil Division |
| 16 | 500 4th Avenue, Suite 900 |
| | Seattle, WA 98104-5039 |
| 17 | andrew.marcuse@kingcounty.gov |
| | david.hackett@kingcounty.gov |
| 18 | *Attorneys for Defendant King County* |
| 19 | |
| | Date: October 2, 2014.                                    BAKER STERCHI COWDEN & RICE, L.L.C. |
| 20 | |
| 21 | |
| | By:  ____/s/ Thomas S. Stewart_____ |
| 22 | Thomas S. Stewart |
| | Elizabeth McCulley |
| 23 | Laura J. Bettenhausen |
| | 2400 Pershing Road, Suite 500 |
| 24 | Kansas City, MO 64108 |
| | Telephone:    (816) 471-2121 |
| 25 | Facsimile:     (816) 472-0288 |

Plaintiffs' Certificate of Service  – 2:14-cv-000784-JCC - Page 2

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

stewart@bscr-law.com
mcculley@bscr-law.com
bettenhausen@bscr-law.com

and

RODGERS DEUTSCH & TURNER, P.L.L.C
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone      (425) 455-1110
Facsimile       (425) 455-1626
daryl@rdtlaw.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2014, a copy of the above and foregoing was filed with the Clerk of the Court, with a copy of the same being served via U.S. mail on this 2nd day of October, 2014, to:

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
999 Third Avenue, Ste. 4400
Seattle, WA  98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

Gavin W. Skok
Bryan J. Case
Courtney L. Seim
James E. Breitenbucher
RIDDELL WILLIAMS PS
1001 – 4th Avenue, Ste. 4500
Seattle, WA  98154-1065
gskok@riddellwilliams.com
bcase@riddellwilliams.com

Plaintiffs' Certificate of Service  – 2:14-cv-000784-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

| | |
|---|---|
| 1 | cseim@riddellwilliams.com <br> jbreitenbucher@riddelwilliams.com |
| 2 | *Attorneys for Defendant Puget Sound Energy* |
| 3 | Andrew W Marcuse |
| | David J. Hackett |
| 4 | King County Prosecuting Attorney, Civil Division |
| | 500 4th Avenue, Suite 900 |
| 5 | Seattle, WA 98104-5039 |
| | andrew.marcuse@kingcounty.gov |
| 6 | david.hackett@kingcounty.gov |
| 7 | *Attorneys for Defendant King County* |

              ____/s/ Thomas S. Stewart_____
              Attorney for Plaintiff

Plaintiffs' Certificate of Service  – 2:14-cv-000784-JCC - Page 4

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626