THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL,<br><br>            Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,<br><br>            Defendants. | NO. 2:14-CV-000784-JCC<br><br>PLAINTIFFS' MOTION TO RE-NOTE MOTION FOR DECLARATORY JUDGMENT THAT THE RAILROAD ORIGINALLY ACQUIRED AN EASEMENT, THAT THE EASEMENT WAS LIMITED TO RAILROAD PURPOSES ONLY, AND THAT THE RAILROAD'S EASEMENT HAS BEEN CONVERTED TO AN EASEMENT FOR A RECREATIONAL TRAIL WITH THE POTENTIAL REACTIVATION OF A RAILROAD BY AND THROUGH THE TRAILS ACT<br><br>NOTE ON CALENDAR:  2/6/2015 |

Defendants contacted Plaintiffs requesting additional time to respond to Plaintiffs motion for declaratory judgment.  Plaintiffs are willing to allow additional time and, therefore, Plaintiffs move to re-note Plaintiffs' Motion for Declaratory Judgment that the Railroad Originally Acquired an Easement, that the Easement was Limited to Railroad Purposes Only, and that the Railroad's Easement has been Converted to an Easement for a Recreational Trail with the

Plaintiffs' Motion to Re-Note Motion for Declaratory Judgment that the Railroad Originally Acquired an Easement, that the Easement was Limited to Railroad Purposes Only, and that the Railroad's Easement has been Converted to an Easement for a Recreational Trail with the Potential Reactivation of a Railroad by and Through the Trails Act 2:14-cv-000784-JCC

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1

Potential Reactivation of a Railroad by and Through the Trails Act, to note on calendar for February 6, 2015.

Date: December 11, 2014.                    BAKER STERCHI COWDEN & RICE, L.L.C.

By: /s/ *Thomas S. Stewart*
Thomas S. Stewart
Elizabeth McCulley
Laura J. Bettenhausen
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone:  (816) 471-2121
Facsimile:  (816) 472-0288
stewart@bscr-law.com
mcculley@bscr-law.com
bettenhausen@bscr-law.com

and

RODGERS DEUTSCH & TURNER, P.L.L.C
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone:  (425) 455-1110
Facsimile:  (425) 455-1626
daryl@rdtlaw.com
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2014, a copy of the above and foregoing was filed with the Clerk of the Court, with a copy of the same being served via U.S. mail on this 11th day of December, 2014, to:

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP

Plaintiffs' Motion to Re-Note Motion for Declaratory Judgment that the Railroad Originally Acquired an Easement, that the Easement was Limited to Railroad Purposes Only, and that the Railroad's Easement has been Converted to an Easement for a Recreational Trail with the Potential Reactivation of a Railroad by and Through the Trails Act
2:14-cv-000784-JCC

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

2

999 Third Avenue, Ste. 4400
Seattle, WA  98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

Gavin W. Skok
Bryan J. Case
Courtney L. Seim
James E. Breitenbucher
RIDDELL WILLIAMS PS
1001 – 4th Avenue, Ste. 4500
Seattle, WA  98154-1065
gskok@riddellwilliams.com
bcase@riddellwilliams.com
cseim@riddellwilliams.com
jbreitenbucher@riddelwilliams.com
*Attorneys for Defendant Puget Sound Energy*

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

Desmond L. Brown
Loren Armstrong
General Counsel
Central Puget Sound Regional Transit Authority (Sound Transit)
401 S. Jackson Street
Seattle, WA  98104-2826
Desmond.brown@soundtransit.org
Loren.armstrong@soundtransit.org
*Attorneys for Defendant*
*Central Puget Sound Regional Transit Authority*

/s/ *Thomas S. Stewart*_____
Attorney for Plaintiff

Plaintiffs' Motion to Re-Note Motion for Declaratory Judgment that the Railroad Originally Acquired an Easement, that the Easement was Limited to Railroad Purposes Only, and that the Railroad's Easement has been Converted to an Easement for a Recreational Trail with the Potential Reactivation of a Railroad by and Through the Trails Act
2:14-cv-000784-JCC

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

3