The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PORT OF SEATTLE, a municipal corporation; ) <br> PUGET SOUND ENERGY, INC., a Washington ) <br> for profit corporation; KING COUNTY, a home ) <br> rule charter county; and CENTRAL PUGET ) <br> SOUND REGIONAL TRANSIT AUTHORITY ) <br> ) <br> Defendants. ) <br> ) | No. 2:14-CV-000784-JCC <br><br> DECLARATION OF ROBERT JACKSON <br><br> NOTE ON MOTION CALENDAR: <br> February 20, 2015 |

I, Robert Jackson, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I hold a B.A. from the University of Oregon (1977).

DECLARATION OF ROBERT JACKSON (2:14-CV-000784-JCC) - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

3. I am presently employed as a Title and Escrow Officer and Real Estate Agent III in the Acquisitions Unit of the Water and Land Resources Division ("WLRD") of the King County Department of Natural Resources and Parks. I have been employed in that capacity for over 4 years. Previously, I worked for 8-plus years as a Senior Commercial & Builder Title Officer for Stewart Title Company (2002-2010); for 13-plus years as a Senior Commercial Title Officer for First American Title (1989-2002); and for 2-plus years as a Title Operations Manager for First American Title (1996-1998).

4. The Acquisitions Unit of WLRD performs property acquisition and other real property services for construction of capital projects, other county facilities, and conservation lands for the Department of Natural Resources and Parks, other King County departments, and, upon request, other groups outside King County government, including watershed-based forums.

5. In my capacity as a Title and Escrow Officer, I regularly inspect commitments for title insurance (also known as "title reports"), historical and modern deeds, maps, computer databases and GIS information, and other documents and records in connection with a given parcel of real property, to determine the nature and scope of legal interests in that particular parcel of real property.

6. I am familiar with the title work that King County conducted and caused to be performed in connection with its acquisition of interests in the Eastside Rail Corridor ("ESRC"), including the segment of the ESRC at issue in the above-captioned matter (the "Corridor").

DECLARATION OF ROBERT JACKSON (2:14-CV-000784-JCC) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

7. The plaintiffs claim to own properties adjacent to or near the Corridor. The Corridor was initially assembled by the railroads through four deeds of conveyance and one state-law condemnation. True and correct copies of these deeds are attached to this declaration as follows:

- The "Lake Washington Land Co." deed, recording instrument No. 287093 (attached as Exhibit A);
- The "Coleman" deed, recording instrument No. 266025 (attached as Exhibit B);
- The "Lake Washington Belt Line Co." deed, recording instrument No. 102518 (attached as Exhibit C);
- The "Kittinger" deed, recording instrument No. 269500 (attached as Exhibit D); and
- State of Washington Condemnation, recording instrument No. 40536 (attached as Exhibit E).

8. Based on the title work that King County conducted in relation to the Corridor, including Exhibits A-E attached hereto, King County determined that the Lake Washington Land Co. and Coleman deeds conveyed to the railroad fee title to the strips or portions of the Corridor identified in those deeds.

9. Based on the title work that King County conducted in relation to the Corridor, including Exhibits A-E attached hereto, King County determined that the Kittinger deed conveyed to the railroad fee title to the strips or portions of the Corridor identified in that deed.

DECLARATION OF ROBERT JACKSON (2:14-CV-000784-JCC) - 3

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

10. In the course of its title work, King County also acquired a set of historical right of way and track maps from BNSF Railway Company. A true and correct ledger-size (11" x 17") copy of map V.8A(2) is attached hereto as Exhibit F. The valuation date stated on the map is June 30, 1917.

11. Exhibit F shows the Kennydale-Quendall-May Creek segment of the Corridor and includes two tables labeled "Schedule of Property" that list: The kind of instruments by which the railroad acquired title to that segment of corridor; the grantor; and the date of the instruments, among other things. A true and correct copy of an enlargement of the right-hand table from Exhibit F is attached hereto as Exhibit G. Exhibit G shows that BNSF identified the Loomis and Colman deeds as warranty deeds; the Kittinger deed as a bargain-and-sale deed; the Lake Washington Belt Line Co. deed as a right-of-way deed; and the State of Washington condemnation as a condemnation.

12. The County purchased the Corridor in reliance on the conclusions reached in its title work.

13. I also reviewed Exhibits A and B to Docket No. 55, which consist of a table (Exhibit A) and illustrative map (Exhibit B) that purport to correlate the Plaintiff's tax parcels with the deeds through which the railroad acquired the strip or strips of the Corridor supposedly adjacent to the Plaintiffs' parcels. The table and map are inaccurate. For some of Plaintiffs' tax parcels, Exhibits A and B appear to incorrectly identify the relevant railroad-acquisition deed, and for other parcels those exhibits appear to oversimplify what is a rather complex and sometimes overlapping alignment of property

DECLARATION OF ROBERT JACKSON (2:14-CV-000784-JCC) - 4

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

interests (whether fee or easement) acquired by the railroad over time. Specifically, I concluded that Exhibits A and B to Docket No. 55 appear to incorrectly or incompletely correlate the railroad deeds for the portions of the Corridor adjacent to the following parcels:

| Plaintiffs (per Docket 55 Ex. A): | Tax Parcel No. (per Docket 55 Ex. A): | Adjacent RR Deed (per Docket 55 Ex. A): | Correct Adjacent RR Deed |
|---|---|---|---|
| Howell, Scott and Lois | 3342104009 | 102518 | 102518 and 287093 |
| Crosetto, Frederick A. | 3343302880 | 102518 | 287093 |
| Diversity Assets, LLC | 3343302875 | SC 40536 | SC 40536 and 287093 |
| Komendat, Dave and Kelli | 3343302030 | SC 40536 | 102518 |
| Peterson, Joseph and Kristin | 6828100010 | 269500 | SC 40536 |
| Peterson, Larry and Susan | 3343302060 | SC 40536 | SC 40536 and 287093 |
| Miller, Frederick and Susan | 6828100030 | 269500 | 269500 and 40536 |
| Easton, Tom and Karen | 3342700355 | 102518 | 102518 and 287093 |
| Richards, Darius and Vicki | 3342700330 | 102518 | 102518 and 287093 |
| Riley, Timothy and Virginia | 3342700320 | 102518 | 102518 and 287093 |

//

//

//

**DECLARATION OF ROBERT JACKSON (2:14-CV-000784-JCC) - 5**

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1  Signed under penalty of perjury under the laws of Washington on this 2nd day of February, 2015,
2  at Seattle, Washington.
3
4
5              _____
               ROBERT JACKSON
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

DECLARATION OF ROBERT JACKSON (2:14-CV-000784-JCC) - 6

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819