1

2

3

4

The Honorable John C. Coughenour

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

SCOTT AND KATHRYN KASEBURG, et al.,      )

10

         ) 
Plaintiffs,      )  No. 14-cv-00784-JCC

11

         )
vs.      )

12

         )  DECLARATION OF DAVID
PORT OF SEATTLE, a municipal corporation;      )  HACKETT
PUGET SOUND ENERGY, INC., a Washington      )

13

for profit corporation and KING COUNTY, a      )
home rule charter county, and CENTRAL PUGET      )  NOTE ON MOTION CALENDAR:

14

SOUND REGIONAL TRANSIT AUTHORITY, a      )  February 20, 2015
municipal corporation      )

15

         )
Defendants.      )

16

         )

17

    I, David Hackett, declare and state the following:

18

    1.     I am over eighteen years of age. I am a Senior Deputy Prosecutor in the Civil

19

Division and an attorney of record for King County in this matter. I have personal knowledge of

20

the facts contained in this declaration and am otherwise competent to testify to the matters in this

21

declaration.

22

    2.     Attached as Exhibit A is a true and correct copy of the GAO Report, Surface

23

Transportation: Issues Related to Preserving Inactive Rail Lines as Trails (October 1999).

DECLARATION OF DAVID HACKETT
(14-cv-00784-JCC) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1       3.      Attached as Exhibit B is a true and correct copy of the Joint Motion for Approval

2    of Settlement, *Haggart v. United States*, No. 09-103 L (Feb. 12, 2014; dkt 161).

3       4.      Attached as Exhibit C is a true and correct copy of the Laws of 1886, pp. 177-180

4    (Cavanaugh).

5           I declare under penalty of perjury of the laws of the United States and the State of

6    Washington that, to the best of my knowledge, the foregoing is true and correct.

7           DATED this 2nd day of February, 2015 at Seattle, Washington.

8

9                                                          _____
                                                           David Hackett

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF DAVID HACKETT
(14-cv-00784-JCC) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819