THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation and KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,<br><br>Defendants. | NO. 14-cv-00784-JCC<br><br>DECLARATION OF RANDALL THOMSEN IN SUPPORT OF DEFENDANT PORT OF SEATTLE'S OPPOSITION TO PLAINTIFFS' "MOTION FOR DECLARATORY JUDGMENT" |

I, Randall Thomsen, declare as follows:

1. I am one of the attorneys for the defendant Port of Seattle in the above captioned action, am over age 18, and competent to be a witness. I am making this declaration based on facts within my own personal knowledge.

2. Attached as **Exhibit 1** to my declaration is a true and correct copy of the "BNSF Corridor Preservation Study, Final Report, May 2007," excluding appendices, prepared for the Puget Sound Regional Council.

DECLARATION OF RANDALL THOMSEN IN SUPP. OF DEF. PORT OF SEATTLE'S OPPOS. TO PLFFS.' "MOT. FOR DECL. J. (14-cv-00784-JCC) -1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

3. Attached as **Exhibit 2** to my declaration is a true and correct copy of an unsigned version of the "Memorandum of Understanding" between King County, the Port of Seattle, and BNSF Railway Company, dated November 2007.

4. Attached as **Exhibit 3** to my declaration is a true and correct copy of the "Memorandum of Understanding Regarding Acquisition of Woodinville Subdivision" between King County, Sound Transit, the Port of Seattle, the City of Redmond, the Cascade Water Alliance, and Puget Sound Energy, dated November 5, 2009. A copy of the memorandum was produced in response to discovery in this matter.

5. Attached as **Exhibit 4** to my declaration are true and correct copies of the "Purchase and Sale Agreement – Woodinville Subdivision – North Rail Line" and the "Donation Agreement – Woodinville Subdivision – South Rail Line," excluding exhibits, between BNSF Railway Company, the Port of Seattle, and King Count, dated May 12, 2008. Copies of the purchase and sale and donation agreements were produced in response to discovery in this matter.

6. Attached as **Exhibit 5** to my declaration is a true and correct copy of the "Petition for Exemption" filed by BNSF Railway Company on September 8, 2008.

7. Attached as **Exhibit 6** to my declaration is a true and correct copy of the "Request of King County, Washington for Interim Trail Use Pursuant to 49 C.F.R. 1152.29."

8. Attached as **Exhibit 7** to my declaration is a true and correct copy of the "Decision and Notice of Interim Trail use or Abandonment" issued by the Surface Transportation Board on October 27, 2008.

9. Attached **Exhibit 8** to my declaration is a true and correct copy of the "Notice of Consummation of Trail Use Agreement" filed by King County with the Surface Transportation Board on March 8, 2010.

DECLARATION OF RANDALL THOMSEN IN SUPP. OF DEF. PORT OF SEATTLE'S OPPOS. TO PLFFS.' "MOT. FOR DECL. J. (14-cv-00784-JCC) -2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

10. Attached **Exhibit 9** to my declaration is a true and correct copy of a printout from the Port of Seattle Website related to the Eastside Rail Corridor.

11. Attached **Exhibit 10** to my declaration is a true and correct copy of "Exhibit F – List of Third Party Leases/Licenses" to the Donation Agreement (attached as Exhibit 5). A copy of the exhibit was produced in response to discovery in this matter.

12. Attached **Exhibit 11** to my declaration is a true and correct copy of the "Real Estate Purchase and Sale Agreement" between the Port of Seattle and the City of Redmond, dated June 22, 2010. A copy of the agreement was produced in response to discovery in this matter.

13. Attached **Exhibit 12** to my declaration is a true and correct copy of the "Easement Purchase and Sale Agreement" between the Port of Seattle and Puget Sound Energy, Inc., dated December 20, 2010. A copy of the agreement was produced in response to discovery in this matter.

14. Attached **Exhibit 13** to my declaration is a true and correct copy of the "Real Estate Purchase and Sale Agreement" between the Port of Seattle and Central Puget Sound Regional Transit Authority, also known as Sound Transit, dated August 18, 2011. A copy of the agreement was produced in response to discovery in this matter.

15. Attached **Exhibit 14** to my declaration is a true and correct copy of the "Real Estate Purchase and Sale Agreement" between the Port of Seattle and the City of Kirkland, dated January 5, 2012. A copy of the agreement was produced in response to discovery in this matter.

16. Attached **Exhibit 15** to my declaration is a true and correct copy of the "Real Estate Purchase and Sale Agreement" between the Port of Seattle and King County, dated February 8, 2013. A copy of the agreement was produced in response to discovery in this matter.

DECLARATION OF RANDALL THOMSEN IN SUPP. OF DEF. PORT OF SEATTLE'S OPPOS. TO PLFFS.' "MOT. FOR DECL. J. (14-cv-00784-JCC) -3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

17. Attached **Exhibit 16** to my declaration is a true and correct copy of the "Real Estate Purchase and Sale Agreement" between the Port of Seattle and Snohomish County, dated February 15, 2014. A copy of the agreement was produced in response to discovery in this matter. I understand that, while the agreement has been executed, a closing of the transaction has not occurred.

18. Attached **Exhibit 17** to my declaration is a true and correct copy of Interrogatory No. 14, and Requests for Production Nos. 6, 13, and 16, and plaintiff Scott and Kathryn Kaseburg's responses thereto, as excerpted from "Plaintiffs' Response to Defendant Port of Seattle's First Set of Interrogatories and Requests for Production to Plaintiffs." Each plaintiff responded to the identical discovery requests in the identical manner.

19. Attached **Exhibit 18** to my declaration is a true and correct copy of the "Plaintiffs' Rule 26(a)(1) Initial Disclosures."

20. Attached **Exhibit 19** to my declaration is a true and correct copy of excerpts from the "Subclass Two Plaintiffs' Reply to Defendants' Opposition" to plaintiffs' motion to strike filed in *Haggart v. United States*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of February, 2015, in Seattle, Washington.

_____
Randall Thomsen

DECLARATION OF RANDALL THOMSEN IN SUPP. OF DEF. PORT OF SEATTLE'S OPPOS. TO PLFFS.' "MOT. FOR DECL. J. (14-cv-00784-JCC) -4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daryl A. Deutsch WSBA#11003
daryl@rdtlaw.com

Thomas S. Stewart
Elizabeth McCulley
stewart@bscr-law.com
mcculley@bscr-law.com

Gavin W. Skok, WSBA#29766
James E. Brietenbucher, WSBA#27670
Courtney Seim, WSBA#35352
Bryan J. Case, WSBA#41781
gskok@riddellwilliams.com
jbreitenbucher@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com

David J. Hackett, WSBA#21236
Andrew W. Marcuse, WSBA#27552
david.hackett@kingcounty.gov
andrew.marcuse@kingcounty.gov

Desmond L. Brown, WSBA #16232
Loren G. Armstrong, WSBA #33068
desmond.brown@soundtransit.org
loren.armstrong@soundtransit.org

DATED this 2nd day of February, 2015 at Seattle, Washington.

                                   *s/ Lynn Van Eyck*
                                    Lynn Van Eyck

DECLARATION OF RANDALL THOMSEN IN SUPP. OF DEF. PORT OF SEATTLE'S OPPOS. TO PLFFS.' "MOT. FOR DECL. J. (14-cv-00784-JCC) -5

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717