IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, and CASCADE WATER ALLIANCE,<br><br>　　　　　　Defendants. | NO. 2:14-CV-000784-JCC<br><br><br><br>NOTICE OF CHANGE OF LAW FIRM AND ADDRESS AND REVISED ENTRY OF APPEARANCE |

COME NOW Thomas S. Stewart and Elizabeth McCulley, attorneys for the Plaintiffs, and state that they are no longer associated with Baker Sterchi Cowden & Rice, L.L.C. Thomas S. Stewart and Elizabeth McCulley have formed a new law firm at the following address:

Thomas S. Stewart
Elizabeth McCulley
Stewart Wald & McCulley LLC
9200 Ward Parkway, Suite 550

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS AND
REVISED ENTRY OF APPEARANCE

PAGE 1

Kansas City, MO 64114
Telephone:  (816) 303-1500
Facsimile:  (816) 527-8068
stewart@swm.legal
mcculley@swm.legal

Thomas S. Stewart and Elizabeth McCulley will continue to represent all Plaintiffs in this proceeding pursuant to this updated Entry of Appearance and the simultaneous withdrawal filed by Baker Sterchi Cowden & Rice, L.L.C.

Respectfully submitted,

Date: April 14, 2015.                          **STEWART WALD & MCCULLEY LLC**

By  /s/ Thomas S. Stewart
   Thomas S. Stewart
   Elizabeth McCulley
   Stewart Wald & McCulley LLC
   9200 Ward Parkway, Suite 550
   Kansas City, MO 64114
   Telephone:  (816) 303-1500
   Facsimile:  (816) 527-8068
   stewart@swm.legal
   mcculley@swm.legal

   AND

   RODGERS DEUTSCH & TURNER, P.L.L.C.
   Daryl A. Deutsch, WSBA No. 11003
   Rodgers Deutsch & Turner, P.L.L.C.
   3 Lake Bellevue Dr. Suite 100
   Bellevue, WA  98005
   Telephone       (425) 455-1110
   Facsimile       (425) 455-1626
   daryl@rdtlaw.com
   **ATTORNEYS FOR PLAINTIFFS**

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS AND
REVISED ENTRY OF APPEARANCE

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

PAGE 2

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
999 Third Avenue, Ste. 4400
Seattle, WA 98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

Gavin W. Skok
Bryan J. Case
Courtney L. Seim
James E. Breitenbucher
RIDDELL WILLIAMS PS
1001 – 4th Avenue, Ste. 4500
Seattle, WA 98154-1065
gskok@riddellwilliams.com
bcase@riddellwilliams.com
cseim@riddellwilliams.com
jbreitenbucher@riddelwilliams.com
*Attorneys for Defendant Puget Sound Energy*

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

                                            /s/ Thomas S. Stewart

4829-1926-7107, v. 1

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS AND REVISED ENTRY OF APPEARANCE

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

PAGE 3