The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, et al. | **NO. 2:14-CV-00784-JCC** |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation and KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, | |
| Defendants. | |

The undersigned attorneys hereby certify that INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANT KING COUNTY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS were served electronically upon the below listed counsel of record for each Defendant.

Date: April 27, 2015.                    STEWART, WALD & McCULLEY, L.L.C.

                                         By /s/ *Thomas S. Stewart*
                                            Thomas S. Stewart
                                            Elizabeth McCulley

CERTIFICATE OF SERVICE
2:15-cv-00358-JCC - Page 1

9200 Ward Parkway
Suite 550
Kansas City, MO 64114
Telephone:      (816) 303-1500
Facsimile:      (816) 5278068
stewart@swm.legal
mcculley@swm.legal

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone      (425) 455-1110
Facsimile      (425) 455-1626
daryl@rdtlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April 2015, the foregoing was served via electronic mail, postage prepaid upon all parties of record.

Andrew W Marcuse
David J. Hackett
Peter G. Ramels
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
pete.ramels@kingcounty.gov
ATTORNEYS FOR DEFENDANT
KING COUNTY

James Breitenbucher
Blake Marks-Dias
RIDDELL WILLIAMS
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192

CERTIFICATE OF SERVICE
2:15-cv-00358-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

jbreitenbucher@riddellwilliams.com
bmarksdias@riddellwilliams.com
ATTORNEYS FOR DEFENDANT
PUGET SOUND ENERGY

Desmond L. Brown
Loren Armstrong
401 S. Jackson Street
Seattle, WA  98104
Desmond.brown@soundtransit.org
Loren.armstrong@soundtransit.org
ATTORNEY FOR DEFENDANT
CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY (SOUND TRANSIT)

VAN NESS FELDMAN, LLP
Dale N. Johnson
2025 First Avenue, Suite 500
Seattle, WA  98121-3140
dnj.vnf.com
ATTORNEY FOR DEFENDANT
CASCADE WATER ALLIANCE

                                        /s/ *Thomas S. Stewart*

CERTIFICATE OF SERVICE
2:15-cv-00358-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626