HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHYRN KASEBURG, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,<br><br>  Defendants. | No. 2: 14-CV-00784-JCC<br><br>NOTICE OF UNAVAILABILITY OF LOREN ARMSTRONG, COUNSEL FOR DEFENDANT CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY |

PLEASE TAKE NOTICE that Loren Armstrong, counsel for Defendant Central Puget Sound Regional Transit Authority (Sound Transit), will be out of the office and unavailable to respond to motions, depositions, or other formal actions in the above-entitled case on the following dates:

May 18, 19 2015

June 26, 2015

NOTICE OF UNAVAILABILITY OF LOREN ARMSTRONG - 1

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY
401 S. JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499

July 15 through 22, 1015

August 12 through 16, 2015

September 25, 2015

Dated May 6, 2015 at Seattle, Washington

By: _____
Loren Armstrong, WSBA No. 33068

## CERTIFICATE OF SERVICE

I do hereby certify under penalty of perjury under the laws of the State of Washington that on May 6, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record:

*Attorneys for Plaintiffs*:
Thomas S. Stewart
Elizabeth McCulley
STEWART WALD & McCULLEY
9200 Ward Parkway, Suite 550
Kansas City, MO 64114
stewart@swm.legal
mcculley@swm.legal

Daryl A. Deutsch
Rodgers Deutsch & Turner, PLLC
Three Lakes Bellevue Drive
Bellevue, WA 98005-2440
daryl@rdtlaw.com

*Attorneys for Defendant Port of Seattle*:
Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEAKES, LLP
999 Third Avenue, Suite 440
Seattle, WA 98104
timl@calfoharrigan.com

NOTICE OF UNAVAILABILITY OF LOREN ARMSTRONG - 2

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY
401 S. JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499

1  randallt@calfoharrigan.com
   kristinb@calfoharrigan.com

*Attorneys for Defendant King County*:
Andrew W. Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse @kingcounty.gov
david.hackett@kingcounty.gov

*Attorneys for Defendant Puget Sound Energy*:
Gavin W. Skok
Bryan J. Case
Courtney L. Seim
James E. Breitenbucher
RIDDELL WILLIAMS PS
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154-1065
gskok@riddellwilliams.com
bcase@riddellwilliams.com
cseim@riddellwilliams.com
jbreiten@riddellwilliams.com

Dated May 6, 2015 at Seattle, Washington.

_____

Ruby Fowler, Legal Secretary
Central Puget Sound Regional Transit Authority
Tel: 206-398-5154; email: ruby.fowler@soundtransit.org

---

NOTICE OF UNAVAILABILITY OF LOREN ARMSTRONG - 3

CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY
401 S. JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499