THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL,<br><br>                Plaintiffs,<br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,<br><br>                Defendants. | NO. 2:14-CV-000784-JCC<br><br><br>JOINT MOTION TO EXTEND TRIAL SETTING<br><br>NOTE ON MOTION CALENDAR: 06/17/2015 |

## I.   RELIEF REQUESTED

Plaintiffs Scott and Kathryn Kaseburg et al and Defendants Port of Seattle, Puget Sound Energy, Inc., King County, and Central Puget Sound Regional Transit Authority, for good cause, hereby jointly request an order extending the present trial setting.  Trial is currently set for October 19, 2015.  (*See* ECF No.38.)  The parties jointly request that the present trial setting be extended to October 2016 to allow the parties sufficient time to complete briefing of the issues in the case and to allow for the completion of discovery in light of the fact that another defendant

JOINT MOTION TO EXTEND TRIAL SETTING
No. 2:14-cv-000784-JCC - Page 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

has been joined to the case since the time of trial was last set.  This is the first time any of the parties have requested the trial date be extended.

## II. RELEVANT FACTS AND PROCEDURAL BACKGROUND

Plaintiffs seek declaratory judgment and an order to quiet title in the Lake Washington Rail Corridor.  This Court granted Plaintiffs' Motion for Leave to file their Third Amended Complaint on September 30, 2014, which allowed Plaintiffs to join additional owners to the case and further allowed Plaintiffs to add Central Puget Sound Regional Transit Authority as a defendant. (*See* ECF No. 45.)  The parties continue to engage in discovery.

Currently before the Court is Defendants' Motion for Partial Summary Judgment on Plaintiffs' Declaratory Judgment claim, noted for June 19, 2015.

## III. RELEVANT FACTS AND PROCEDURAL BACKGROUND

Whether the Court should extend the trial setting to October 2016 in order to allow time for additional discovery and time for the parties to complete briefing on the Defendants' current motion for summary judgment.

## IV. AUTHORITY AND ARGUMENT

Extending the trial setting will serve the purpose of allowing additional time to conduct discovery and further allow adequate time for the Court to consider Defendants' motion for summary judgment.  The parties also expect that extending the trial setting will provide time and opportunity for additional briefing of the issues in the case.  The parties state that none will suffer any prejudice if the Court grants an extension, and that such an extension is in the interests of justice.

JOINT MOTION TO EXTEND TRIAL SETTING
No. 2:14-cv-000784-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

## V. CONCLUSION

For the foregoing reasons, the parties respectfully request the Court extend the trial setting in this matter to October 2016.

Date: June 17, 2015.
**STEWART, WALD & MCCULLEY, LLC**

By /s/ Thomas S. Stewart
Thomas S. Stewart
Elizabeth McCulley
Michael J. Smith
9200 Ward Parkway, Suite 550
Kansas City, MO 64114
Telephone:  (816) 303-1500
Facsimile:  (816) 527-8068
stewart@swm.legal
mcculley@swm.legal
smith@swm.legal

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone   (425) 455-1110
Facsimile    (425) 455-1626
daryl@rdtlaw.com
**ATTORNEYS FOR PLAINTIFFS**

CALFO, HARRIGAN, LEYH & EAKES, LLP

/s/ Timothy G. Leyh
Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
999 Third Avenue, Ste. 4400
Seattle, WA  98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
**ATTORNEYS FOR DEFENDANT
PORT OF SEATTLE**

JOINT MOTION TO EXTEND TRIAL SETTING
No. 2:14-cv-000784-JCC - Page 3

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

| | |
|---|---|
| 1 | |
| 2 | RIDDELL WILLIAMS PS |
| 3 | /s/ Gavin W. Skok |
| | Gavin W. Skok |
| | Bryan J. Case |
| | Courtney L. Seim |
| | James E. Breitenbucher |
| | 1001 – 4th Avenue, Ste. 4500 |
| | Seattle, WA  98154-1065 |
| | gskok@riddellwilliams.com |
| | bcase@riddellwilliams.com |
| | cseim@riddellwilliams.com |
| | jbreitenbucher@riddelwilliams.com |
| | **ATTORNEYS FOR DEFENDANT PUGET SOUND ENERGY** |
| | |
| | /s/ David J. Hackett |
| | Andrew W Marcuse |
| | David J. Hackett |
| | King County Prosecuting Attorney, Civil Division |
| | 500 4th Avenue, Suite 900 |
| | Seattle, WA 98104-5039 |
| | andrew.marcuse@kingcounty.gov |
| | david.hackett@kingcounty.gov |
| | **ATTORNEYS FOR DEFENDANT KING COUNTY** |
| | |
| | /s/ Desmond L. Brown |
| | Desmond L. Brown |
| | Loren Armstrong |
| | 401 S. Jackson Street |
| | Seattle, WA  98104 |
| | Desmond.brown@soundtransit.org |
| | Loren.armstrong@soundtransit.org |
| | **ATTORNEY FOR DEFENDANT CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY (SOUND TRANSIT)** |

JOINT MOTION TO EXTEND TRIAL SETTING
No. 2:14-cv-000784-JCC - Page 4