1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL, | |
| Plaintiffs, | No. 2:14-cv-00784-JCC |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation; KING COUNTY,  a home rule charter county; CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation; and CASCADE WATER ALLIANCE, a Washington municipal corporation, | **[Clerk's Action Required]** |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs and Cascade Water Alliance, a Washington municipal corporation ("Cascade"), hereby stipulate to the dismissal of Cascade from this case with prejudice.  Each party is to bear its own costs.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - Page 1
Case No.  2:14-cv-00784-JCC

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

61457

1    DATED this 18th day of June, 2015.

2 VAN NESS FELDMAN LLP   STEWART WALD & McCULLEY LLC

3

4 */s/ Dale N. Johnson*     */s/ Thomas S. Stewart*
 Dale N. Johnson, WSBA #26629  Thomas S. Stewart

5 Attorneys for Defendants Cascade Water Elizabeth McCulley
 Alliance        Attorneys for Plaintiffs

6

7 RODGERS DEUTSCH & TURNER,
 P.L.L.C.

8

9 */s/ Daryl A. Deutsch*
 Daryl A. Deutsch, WSBA # 11003

10 Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
- Page 2
Case No.  2:14-cv-00784-JCC

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

61457

1

**ORDER OF DISMISSAL**

2         THIS MATTER having come on before the Court by stipulation of the parties, and

3 the Court having reviewed the stipulation and the file, and being fully advised herein,

4 now, therefore,

5         IT IS HEREBY ORDERED that Plaintiffs' Third Amended Complaint to Quiet

6 Title and for Declaratory Relief and all claims asserted therein in this matter are dismissed

7 *with prejudice* and without costs to any party.

8         DATED this _____ day of _____, 2015.

9

10

11                          _____
                         The Honorable John C. Coughenour

12 Presented by:

13 VAN NESS FELDMAN LLP

14

15 */s/ Dale N. Johnson*_____
Dale N. Johnson, WSBA #26629

16 Attorneys for Defendants Cascade Water Alliance

17 STEWART WALD & McCULLEY LLC

18 */s/ Thomas S. Stewart*_____

19 Thomas S. Stewart
Elizabeth McCulley

20 Attorneys for Plaintiffs

21

22 RODGERS DEUTSCH & TURNER, P.L.L.C.

23 */s/ Daryl A. Deutsch*_____
Daryl A. Deutsch, WSBA # 11003

24 Attorneys for Plaintiffs

25

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
- Page 3
Case No.  2:14-cv-00784-JCC

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

61457

1
2

CERTIFICATE OF SERVICE

3
4

     I hereby certify that on June 18th, 2015, I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

5

**Attorneys for King County**
Daniel T. Satterberg, Prosecuting Attorney

6

Peter G. Ramels

7

David J. Hackett
Andrew W. Marcuse

8

H. Kevin Wright
Senior Deputy Prosecuting Attorneys

9

500 Fourth Ave., 9th Floor
Seattle, WA. 98104

10

pete.ramels@kingcounty.gov

11

andrew.marcuse@kingcounty.gov
kevin.wright@kingcounty.gov

12

david.hackett@kingcounty.gov

13

**Attorneys for Defendants Cascade Water Alliance**
VAN NESS FELDMAN LLP

14

Dale N. Johnson, WSBA #26629

15

2025 First Avenue, Suite 500
Seattle, WA  98121-3140

16

dnj.vnf.com

17

**Attorneys for Port of Seattle**
Timothy G. Leyh

18

Randall Thomsen

19

Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP

20

999 Third Avenue, Suite 4400
Seattle, WA 98104

21

timl@calfoharrigan.com

22

randallt@calfoharrigan.com
Kristinb@calfoharrigan.com

23
24
25

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
- Page 4
Case No.  2:14-cv-00784-JCC

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

61457

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attorneys for Puget Sound Energy**

James E. Breitenbucher
Gavin W. Skok
Courtney Seim
Bryan J. Case
RIDDELL WILLIAMS PS
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154-1065
gskok@riddellwilliams.com
jbreitenbucher@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com

**Attorneys for Central Puget Sound Regional Transit Authority**

Desmond L. Brown
Loren Armstrong
401 S. Jackson Street
Seattle, WA 98104-2826
desmond.brown@soundtransit.org
loren.armstrong@soundtransit.org

_s/ Thomas S. Stewart_

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
- Page 5
Case No.  2:14-cv-00784-JCC

61457

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626