THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KASEBURG, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF SEATTLE, *et al.,*<br><br>Defendants. | CASE NO. C14-0784-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Parties' Joint Motion to Extend Trial Setting (Dkt. No. 99) is GRANTED and trial in the above-captioned matter is hereby CONTINUED to October 17, 2016 at 9:30 AM in Courtroom 16206.  The proposed pretrial order shall be due October 7th, 2016 and trial briefs shall be due October 13th, 2016.  The discovery cutoff is 120 days before trial and the dispositive motion filing deadline is 90 days before trial.

DATED this 18th day of June 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk