THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KASEBURG, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>CASCADE WATER ALLIANCE,<br><br>            Defendant. | CASE NO. C14-0784-JCC<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 100) and Federal Rule of Civil Procedure 41(a)(1), this action is DISMISSED AGAINST DEFENDANT CASCADE WATER ALLIANCE ONLY with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to TERMINATE DEFENDANT CASCADE WATER ALLIANCE from this case.

DATED this 23rd day of June 2015.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE