IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL.,<br><br>              Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,<br><br>              Defendants. | NO. 2:14-CV-00784-JCC<br><br>**CERTIFICATE OF SERVICE** |

The undersigned attorneys hereby certify that the foregoing documents were served electronically upon the below listed counsel of record for each Defendant:

- PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT KING COUNTY; and

- PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KING COUNTY

CERTIFICATE OF SERVICE – 2:15-cv-00784-JCC - Page 1

**RODGERS, DEUTSCH & TURNER, PLLC**
Three Lake Bellevue Drive, Suite 100
Bellevue, Washington 98005
Tel. (425) 455-1110 Fax (425) 455-1626

| | |
|---|---|
| Date: July 21, 2015. | STEWART, WALD & MCCULLEY, LLC |
| | BY:_____*Thomas S. Stewart*_____ |
| | Thomas S. Stewart |
| | Elizabeth McCulley |
| | Michael J. Smith |
| | 9200 Ward Parkway, Suite 550 |
| | Kansas City, MO 64114 |
| | Telephone:  (816) 303-1500 |
| | Facsimile:  (816) 527-8068 |
| | stewart@swm.legal |
| | mcculley@swm.legal |
| | smith@swm.legal |
| | |
| | and |
| | |
| | Daryl A. Deutsch |
| | RODGERS, DEUTSCH & TURNER, PLLC |
| | Three Lake Bellevue Drive, Suite 100 |
| | Bellevue, WA 98005 |
| | daryl@rdtlaw.com |
| | |
| | **ATTORNEYS FOR PLAINTIFFS** |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21st, 2015, I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Daniel T. Satterberg, Prosecuting Attorney
Peter G. Ramels
David J. Hackett
Andrew W. Marcuse
H. Kevin Wright
pete.ramels@kingcounty.gov
Andrew.marcuse@kingcounty.gov
Kevin.wright@kingcounty.gov
David.hackett@kingcounty.gov
*Attorneys for Defendant King County*

CERTIFICATE OF SERVICE – 2:15-cv-00784-JCC - Page 2

**RODGERS, DEUTSCH & TURNER, PLLC**
Three Lake Bellevue Drive, Suite 100
Bellevue, Washington 98005
Tel. (425) 455-1110 Fax (425) 455-1626

| | |
|---|---|
| 1 | Timothy G. Leyh |
|   | Randall Thomsen |
| 2 | Kristin Ballinger |
|   | timl@calfoharrigan.com |
| 3 | randallt@calfoharrigan.com |
|   | kristinb@calfoharrigan.com |
| 4 | *Attorneys for Defendant Port of Seattle* |

James E. Breitenbucher
Gavin W. Skok
Courtney Seim
Bryan J. Case
gskok@riddellwilliams.com
jbreitenbucher@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com
*Attorneys for Defendant Puget Sound Energy*

Desmond L. Brown
Loren Armstrong
401 S. Jackson Street
Seattle, WA 98104-2826
desmond.brown@soundtransit.org
loren.armstrong@soundtransit.org
*Attorneys for Central Puget Sound Regional Transit Authority*

                                              */s/ Thomas S. Stewart*
                                                Attorney for Plaintiffs

CERTIFICATE OF SERVICE – 2:15-cv-00784-JCC - Page 3

**RODGERS, DEUTSCH & TURNER, PLLC**
Three Lake Bellevue Drive, Suite 100
Bellevue, Washington 98005
Tel. (425) 455-1110 Fax (425) 455-1626