The Honorable John C. Coughenour

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT KASEBURG *et al.*,

                Plaintiffs,

    v.

PORT OF SEATTLE,  a municipal corporation;
PUGET SOUND ENERGY, INC., a Washington for
profit corporation and KING COUNTY, a home rule
charter county, and CENTRAL PUGET SOUND
REGIONAL TRANSIT AUTHORITY, a municipal
corporation, and CASCADE WATER ALLIANCE,

                Defendants.

No. 14-cv-00784-JCC

DECLARATION OF DAVID
HACKETT

NOTE ON MOTION CALENDAR:
AUGUST 7, 2015

I, David Hackett, declare and state the following:

1.    I am over eighteen years of age. I am a Senior Deputy Prosecutor in the Civil

Division and an attorney of record for King County in this matter. I have personal knowledge of

the facts contained in this declaration and am otherwise competent to testify to the matters in this

declaration.

2.    I met with Tom Stewart, counsel for the Plaintiffs, telephonically on June 24,

2015 to discuss the Plaintiffs' objections to discovery.  The Plaintiffs refused to alter their

DECLARATION OF DAVID HACKETT – Page 1
No. 15-cv-00284 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1   positions, and their counsel confirmed that the parties have reached an impasse requiring

2   resolution of the Court.

3       3.      Attached as Exhibit A is a true and correct copy of Defendant King County's First

4   Set of Interrogatories and Requests for Production to Each Individually Named Plaintiff, dated

5   April 6, 2015.

6       4.      Attached as Exhibit B is a true and correct copy of Individually Named Plaintiffs'

7   Answers and Objections to Defendant King County's First Set of Interrogatories and Requests

8   for Production of Documents, dated April 27, 2015.

9       5.      Attached as Exhibit C is a true and correct copy of a letter from Elizabeth

10  McCulley to Andrew Marcuse, dated August 13, 2014.

11

12      Dated this 23rd day of July, 2015 at Seattle, Washington.

13

14                                      _____

15                                          David Hackett

16

17

18

19

20

21

22

23

24

DECLARATION OF DAVID HACKETT – Page 2
No. 15-cv-00284 MJP

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

# EXHIBIT A

1

2

3

4

5                                                         The Honorable John C. Coughenour

6

7                              UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
8                                       AT SEATTLE

9   SCOTT AND KATHRYN KASEBURG,              )
    MARTIN FEDIGAN,                          )
10  BARBARA BERGSTROM,                       )   No. 14-cv-00784-JCC
    KIM AND PAMELA KAISER,                   )
11  DAVID AND KELLI KOMENDAT,                )   DEFENDANT KING COUNTY'S
    WILLIAM AND SUSAN BLOKKER,               )   FIRST SET OF INTERROGATORIES
12  DAVID AND SALLY MCCRAY,                  )   AND REQUESTS FOR PRODUCTION
    JOHN LORGE, III AND NANCY LORGE,         )   TO EACH INDIVIDUALLY NAMED
13  JOHN AND MOLLY HOWELL,                   )   PLAINTIFF
    DARIUS AND VICKI RICHARDS,               )
14  GEORGE AND NANCY JOHNSTON,               )
    GREGORY AND SHERRE PIANTANIDA,           )
15  PAUL AND CHRISTINE FERGEN,               )
    KEVIN IDEN,                              )
16  TOM AND KAREN EASTON,                    )
    PAUL AND KARYN PASQUIER,                 )
17  JOHN HOUTZ,                              )
    TERENCE AND KARI BLOCK,                  )
18  LARRY AND SUSAN KOLESAR,                 )
    JOHN AND REBECCA LAUGHLIN,               )
19  JEFFREY AND TAMI RILEY,                  )
    NANCY MANZ,                              )
20  DONALD AND PATRICIA DANA,                )
    CHRISTIE MUELLER, DENISE HARRIS,         )
21  WALTER MOORE,                            )
    TOM AND KATHY DAHLBY,                    )
22  HARRY DURSCH AND KIRSTEN LEMKE,          )
    RICHARD VAUGHN,                          )
23  RICHARD S. AND LOIS HOWELL, DONALD       )

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

| | |
|---|---|
| 1 | AND PATRICIA LOCKNER, ) |
| | MARJORIE GRUNDHAUS, ) |
| 2 | WILLIAM AND DEBRA KEPPLER, ) |
| | CURTIS AND JULIE DICKERSON, ) |
| 3 | GREGORY AND PATRICIA LASEK, ) |
| | YONGTAO CHEN AND QIN LI, ) |
| 4 | ROBERT AND ALISON TAYLOR, ) |
| | EDMUND JONES, ) |
| 5 | DONALD MILLER AND SUSAN MINER, ) |
| | RONALD AND CAROL JONES, ) |
| 6 | STEVE AND SHERRI SMOLINSKE, ) |
| | JOSEPH IOPPOLO, RICHARD AND LYNN ) |
| 7 | KANER, BRADLEY R. AND GREGORY P. ) |
| | ELFERS, PAUL REMINGTON, ) |
| 8 | JOHN BURROUGHS AND ELIZABETH ) |
| | MANN, ) |
| 9 | BRUCE AND MARY ERIKSON, ) |
| | TIMOTHY AND VIRGINIA RILEY, ) |
| 10 | JAMES AND KELLY SATHER, ) |
| | JULIAN LIMITED PARTNERSHIP, ) |
| 11 | STEVEN AND KRISTEN BRACE, ) |
| | CHARLES AND COURTNI BILLOW, ) |
| 12 | HAROLD A. BRUCE, ) |
| | PIERRE & CRISTI THIRY, ) |
| 13 | MICHAEL FRANCESHINA, ) |
| | MICHAEL AND GINA OLDHAM, ) |
| 14 | STEPHEN AND NANCY PORTER, ) |
| | ROBERT AND JANIS LARIS, ) |
| 15 | MICHAEL AND ELANA RUSSELL, ) |
| | UMA SHENOY, ) |
| 16 | LARRY AND SUSAN PETERSON, ) |
| | JOSEPH AND KRISTIN PETERSON, ) |
| 17 | JOHN PATRICK HEILY AND SUNDAY ) |
| | KYRKOS, ) |
| 18 | PAUL AND TRACY GIBBONS, ) |
| | DAYTON AND MARILYNN DENNISON, ) |
| 19 | GREGORY NICK, ) |
| | DIVERSITY ASSETS, LLC, ) |
| 20 | JAMES JOHNSON, DAVID WILLIAMSON ) |
| | AND KRISTI SUNDERLAND, ) |
| 21 | CLAUDIA MANSFIELD, ) |
| | KEVIN AND REBECCA LINDAHL, KEVIN ) |
| 22 | TRAN, ) |
| | JEANNE DEMUND AND LOU XU, ) |
| 23 | KATHY HAGGART AND DAWN LAWSON, ) |

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1  MARLENE WINTER, JIE AO AND XIN ZHOU,    )
   PACIFIC HOLDINGS, LLC, JAMES TASCA,     )
2  MICHAEL AND AMANDA CHAN,                )
   GARY WEIL, DALE AND MARLA MITCHELL,     )
3  and FREDERICK AND SUSAN MILLER,         )
                                           )
4                                          )
                              Plaintiffs,  )
5                                          )
          vs.                              )
6                                          )
   PORT OF SEATTLE,  a municipal corporation;  )
7  PUGET SOUND ENERGY, INC., a Washington      )
   for profit corporation and KING COUNTY, a   )
8  home rule charter county, and CENTRAL PUGET  )
   SOUND REGIONAL TRANSIT AUTHORITY, a          )
9  municipal corporation,                       )
                                           )
10                             Defendants.  )
                                           )
11 ─────────────────────────────────────────

12 TO:          Each and every individually named plaintiff in this action

13 AND TO:      Daryl A. Deutsch, Thomas S. Stewart, and Elizabeth McCulley, Attorneys for Plaintiffs

14          In accordance with CR 26, CR 33 and CR 34, each plaintiff named above is hereby

15 required to answer, in writing, the following interrogatories with respect to their specific

16 property interests **separately and fully** under oath, within thirty (30) days of their service upon

17 you.  These interrogatories are deemed continuing in nature and you must supplement your

18 answers pursuant to CR 26(e).

19                           PRELIMINARY STATEMENT

20          These interrogatories call for all information (including information contained in or on

21 writings, recordings, photographs, or any other tangible thing or material) that is known or

22 available to you, including all information in possession of your doctors, agents, attorneys,

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1 accountants, auditors or other persons or experts and any investigators or any person acting on

2 your behalf or under you or your attorneys' employment, direction and/or control.

3       If you are asserting that part of any response to an interrogatory is privileged, specify the

4 grounds therefore, identify the alleged privileged documents or conversations by date, author,

5 recipient and general subject matter, and provide all information responsive to the interrogatory

6 which does not fall within your claim of privilege.

7       Unless conclusively negated by the context of the question, the following is to be

8 considered applicable to all questions contained in this set of written interrogatories:

9     A.    The singular number and the masculine gender as used herein shall embrace, and

10 be read and applied as, the plural or the feminine or the neuter, as the circumstances may make

11 appropriate.

12     B.    The word "person" includes the plural as well as the singular and includes any

13 natural person, firm, association, partnership, corporation, or other form of legal entity.

14     C.    Each interrogatory is intended to, and does request that each and every particular

15 and part thereof be answered with the same force and effect as if each part and particular were

16 the subject of and were asked by a separate interrogatory.

17     D.    The terms "document" and/or "writing" mean and include, but are not limited to,

18 any printed, typewritten, or handwritten matter of whatever character, and every other form of

19 recording upon any tangible thing.

20     E.    Whenever you are asked to identify any document or writing, state with respect to

21 each such document or writing:

22       (a)    The date it bears and the date it was prepared,

23       (b)    The identity of the author and/or originator,

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -4

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1         (c)      The identity of each addressee,

2         (d)      The nature and substance thereof,

3         (e)      The identity of the present custodian thereof,

4         (f)      The present location of the document, and

5         (g)      Whether you will provide a copy thereof without further request.

6      F.      Whenever you are asked to identify or describe an oral communication or

7 conversation, state with respect thereto:

8         (a)      The date and place thereof and whether it was in person or by telephone;

9         (b)      The identity of each person who participated in or heard any part of

10 communication,

11         (c)      The substance of what was said by each person who participated therein,

12 and

13         (d)      The identity of any document that recorded, summarized or confirmed the

14 oral communication.

15      G.      Whenever you are asked to identify any person, state with respect to such person:

16         (a)      The person's name,

17         (b)      Such person's last known business address and telephone number,

18         (c)      Such person's last known residence address and telephone number,

19         (d)      Such person's present occupation and business affiliation, and

20         (e)      Such person's occupation and business affiliation of the time to which

21 your answer relates.

22

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1    H.    The term "Corridor" as used herein refers to the portion of the East Side Rail

2  Corridor that runs from milepost 5.0 near Kennydale to milepost 10.6 at Wilburton along the

3  Eastern Shore of Lake Washington in King County, Washington.

4         You are hereby notified that the following interrogatories shall be deemed continuing,

5  and any additional information, including any conclusions, opinions or contentions that are

6  different from those set forth in plaintiff's answers relating in any way to these interrogatories,

7  which the plaintiff acquires subsequent to the date of answering these interrogatories and up to

8  and including the date of trial, shall be furnished to defendant promptly after such information is

9  acquired.

10                                  **INTERROGATORIES**

11

12  INTERROGATORY NO. 1.  In your complaint, you allege that you own fee title in land that is
    adjacent to the Corridor.  Please identify and list the parcel number(s) for any property adjacent
13  to the Corridor that you **currently** own, whether any other person or entity has an ownership or
    possessory interest in your parcel(s), the date and method (purchase, will, gift, etc.) that you
14  acquired your parcel(s), and the name of the transferor(s).

15  ANSWER:

16

17  INTERROGATORY NO. 2.  For any parcel(s) identified in your answer to Interrogatory No. 1,
    list any challenges or appeals that you have made to your property tax assessments, including the
18  date of the appeal, the nature of the appeal and the outcome of the appeal.

19  ANSWER:

20

21  INTERROGATORY NO. 3.  For any parcel(s) identified in your answer to Interrogatory No. 1,
    identify all telegraph, telephone, fiber optic cable, electrical wires, utilities, poles, pipes, conduit
22  or equipment located on or under the Corridor adjacent to your parcel(s), including the location
    and nature of such uses.

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -6

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1    ANSWER:

2

3    INTERROGATORY NO. 4.  For any parcel(s) identified in your answer to Interrogatory No. 1, list any building, grading, or shoreline permits that you have sought for the parcel(s), including the date of the request, a description of the proposed work, the status of the request, and the status of the project.

4

5

6    ANSWER:

7    INTERROGATORY NO. 5.  For any parcel(s) identified in your answer to Interrogatory No. 1, list each *specific* instance where King County, its agents, employees or representatives, have claimed a property interest in the portion of the Corridor adjacent to your parcel(s) that is contrary to your property interest, including the date of the claim, the identity of the speaker, the nature of the claim, and why you feel it is contrary to your property interests.

8

9

10

11   ANSWER:

12   INTERROGATORY NO. 6.  For any parcel(s) identified in your answer to Interrogatory No. 1, list any structures, driveways, sidewalks, landscaping, fences, retaining walls, or other encroachments (collectively "encroachments") owned by you or others that are located on or within the Corridor.  Include the date that the encroachment was constructed or placed, the nature and location of the encroachment, whether the encroachment was authorized by BNSF or any other person or entity, whether a survey addresses the encroachment, whether construction of the encroachment was permitted and whether the encroachment is currently authorized by a special use permit, license, agreement or other authorization issued by King County or a predecessor to King County's property rights in the Corridor.

13

14

15

16

17

18   ANSWER:

19   INTERROGATORY NO. 7.  For any parcel(s) identified in your answer to Interrogatory No. 1, state whether you have the right to construct improvements, landscaping, or otherwise make use of the portions of the Corridor that are adjacent to your parcel(s) and whether you have exercised this right or plan to do so in the future.

20

21

22   ANSWER:

23

DEFENDANT KING COUNTY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO EACH INDIVIDUALLY NAMED PLAINTIFF (14-cv-00784-JCC) -7

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1

2

3   INTERROGATORY NO. 8.   For any parcel(s) identified in your answer to Interrogatory No. 1,
list any sales (or potential sales), rentals, or leases (or potential rentals or leases) of the parcel(s)
that you believe were impacted by the dispute between you and King County regarding the scope
4   of your property rights in the Corridor. Include the date of the sale, rental or lease, the pricing
terms, the parties to the transaction, and explain how you believe the current property dispute
5   between you and King County affected the transaction.

6

ANSWER:

7

8   INTERROGATORY NO. 9. For any parcel(s) identified in your answer to Interrogatory No. 1,
describe your understanding regarding the King County's current property rights in the portion
9   of the Corridor where you claim to own property rights, including what uses King County may
carry out within this portion of the Corridor without your permission and/or without
10   compensation to you (including without limitation grants to third parties) and what uses you may
carry out within this portion of the Corridor without permission from King County.

11

12   ANSWER:

13

INTERROGATORY NO. 10.  With regard to your claim that King County possesses only a
14   surface easement for a recreational trail with the potential reactivation of a railroad, describe
your understanding and belief as to the following (1) the width of the easement, (2) whether the
15   dimensions of the easement are co-extensive with the dimensions of the Corridor, (3) whether
King County has the right to construct a trail within the easement, (4) whether King County has
16   the right to place the trail anywhere within the boundaries of the easement, (5) whether the right
to construct a trail includes the right to install drainage, signage, lighting, and/or other facilities
17   that are related to construction and operation of the trail, and (6) whether King County can
require you to remove any improvements or landscaping from the Corridor or easement area that
18   interfere with trail construction and/or operation.

19

ANSWER:

20

21   INTERROGATORY NO. 11.  Have you filed for bankruptcy during the period that you have
owned the parcel(s) identified in Interrogatory No. 1?  If so, list the date of the bankruptcy filing,
22   the jurisdiction where you sought bankruptcy protection, and the cause number.

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -8

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1   ANSWER:

2

3   INTERROGATORY NO. 12.  For any parcel(s) identified in your answer to Interrogatory No. 1,
    has the parcel(s) been the subject of a judicial or non-judicial foreclosure proceeding?  If so, list
    the date of the foreclosure procedure, the type of foreclosure proceeding, the jurisdiction of the
4   foreclosure proceeding, and any cause number associated with the proceeding.

5

6   ANSWER:

7   INTERROGATORY NO. 13.  In your complaint, you allege the property you own adjacent to
    the Corridor "includes the fee title to all that property to the centerline of the abandoned right-of-
8   way that is now subject to an easement for an interim trail and possible future railroad
    reactivation."   Please identify all facts and documents which support your allegation that your
9   fee title includes property to the centerline of the right-of-way.

10

11  ANSWER:

12  INTERROGATORY NO. 14.   For any parcel identified in your answer to Interrogatory No. 1,
    list any permits, licenses, or permissions that you (or the former owners of your parcel(s)) sought
13  or obtained from the railroad, the Port of Seattle, King County, or their predecessor in interest,
    that grants you (or the former owners of your property) permission to use property within the
14  Corridor.   This includes, but is not limited to, crossing permits, permits for parking or
    landscaping, permits to construct improvements, or permission allowing any other use.

15

16  ANSWER:

17

18  INTERROGATORY NO. 15.  For any parcel identified in your answer to Interrogatory No. 1,
    please list and describe any communication you (or the former owners of your parcel(s)) have
    had with the railroad, the Port of Seattle, or King County regarding the Corridor or use of the
19  Corridor?

20

21  ANSWER:

22  INTERROGATORY NO. 16.  For any parcel identified in your answer to Interrogatory No. 1,
    have you ever made any other claims, filed any other suits, or received any payments for damage
23  to, diminution in value of or takings?  If so, describe the claims or, if suit was filed, state the

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -9

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1   courts, and the captions in which filed, the years filed, the titles and docket numbers of the suits,
    and state whether you received any payment and/or other consideration from any person as a
2   result of the claims or suits, including any settlements, and identify all documents that refer or
    relate thereto.

3

4   ANSWER:

5

6
                                REQUESTS FOR PRODUCTION
7
    REQUEST FOR PRODUCTION A. Please produce all documents associated with the
8   acquisition of any parcel(s) identified in your answer to Interrogatory No. 1 or otherwise
    associated with your answer to Interrogatory No. 1, including but not limited to, real estate
9   contracts, purchase and sale agreements, title insurance and any other documents containing a
    legal description of the property.
10

    RESPONSE:
11

12  REQUEST FOR PRODUCTION B.  Please produce all documents associated with the refinance
    of any parcel(s) identified in your answer to Interrogatory No. 1, including but not limited to title
13  insurance and any other documents containing a legal description of the property.

14  RESPONSE:

15
    REQUEST FOR PRODUCTION C.  Please produce any additional appraisals of any parcel(s)
16  identified in your answer to Interrogatory No. 1 that were not produced in response to request for
    production A or B.
17

18  RESPONSE:

19  REQUEST FOR PRODUCTION D.  Please produce all documents associated with any
    challenge or appeal of your property tax assessment for any parcel(s) identified in your answer to
20  Interrogatory No. 1, or otherwise related to your answer to Interrogatory 2.

21  RESPONSE:

22

23

    DEFENDANT KING COUNTY'S FIRST SET OF            Daniel T. Satterberg, Prosecuting Attorney
    INTERROGATORIES AND REQUESTS FOR                CIVIL DIVISION, Litigation Section
    PRODUCTION TO EACH INDIVIDUALLY NAMED           900 King County Administration Building
                                                    500 Fourth Avenue
    PLAINTIFF (14-cv-00784-JCC) -10                 Seattle, Washington 98104
                                                    (206) 296-8820  Fax (206) 296-8819

1    REQUEST FOR PRODUCTION E.  Please produce all deeds within your chain of title and any
     documents associated with those deeds for any parcels identified in your answer to Interrogatory
2    No. 1.

3    RESPONSE:

4

     REQUEST FOR PRODUCTION F.  Please produce all documents related to your answer to
5    Interrogatory 4, including any correspondence or other documents addressing the subject of the
     interrogatory.
6
     RESPONSE:
7

8    REQUEST FOR PRODUCTION G.  Please produce all documents related to your answer to
     Interrogatory 5, including any correspondence or other documents addressing the subject of the
9    interrogatory.

10   RESPONSE:

11

     REQUEST FOR PRODUCTION H.  Please produce all documents related to your answer to
12   Interrogatory 6, including but not limited to, letters, emails, surveys, maps, drawings,
     photographs, and special use permits.
13
     RESPONSE:
14

15   REQUEST FOR PRODUCTION I.   Please produce all documents related to your answer to
     Interrogatory 7, including any correspondence, drawings, plans, permit applications, or other
16   documents addressing the subject of the interrogatory.

17   RESPONSE:

18

     REQUEST FOR PRODUCTION J.   Please produce all documents related to your answer to
19   Interrogatory 8, including any correspondence, agreements, draft agreements, due diligence
     documents or other documents addressing the subject of the interrogatory.
20
     RESPONSE:
21

22   REQUEST FOR PRODUCTION K.  Please produce all documents related to your answer to
     Interrogatory 9, including any correspondence or other documents addressing the subject of the
23   interrogatory.

     DEFENDANT KING COUNTY'S FIRST SET OF                   Daniel T. Satterberg, Prosecuting Attorney
     INTERROGATORIES AND REQUESTS FOR                       CIVIL DIVISION, Litigation Section
                                                            900 King County Administration Building
     PRODUCTION TO EACH INDIVIDUALLY NAMED                  500 Fourth Avenue
     PLAINTIFF (14-cv-00784-JCC) -11                        Seattle, Washington  98104
                                                            (206) 296-8820  Fax (206) 296-8819

1

RESPONSE:

2

3   REQUEST FOR PRODUCTION L.  Please produce all documents related to your answer to
Interrogatory 10, including any correspondence or other documents addressing the subject of the
4   interrogatory.

5   RESPONSE:

6
REQUEST FOR PRODUCTION M. Please produce all documents related to your answer to
7   Interrogatory 11, including any correspondence, court filings, or other documents addressing the
subject of the interrogatory.

8
RESPONSE:
9

10   REQUEST FOR PRODUCTION N.  Please produce all documents related to your answer to
Interrogatory 12, including any correspondence, court filings, or other documents addressing the
11   subject of the interrogatory.

12   RESPONSE:

13

REQUEST FOR PRODUCTION O.  Please produce all documents that relate to Interrogatory
14   No. 13 and the allegation in your complaint that the property you own adjacent to the Corridor
"includes the fee title to all that property to the centerline of the abandoned right-of-way that is
15   now subject to an easement for an interim trail and possible future railroad reactivation."

16   RESPONSE:

17

REQUEST FOR PRODUCTION P.  Please produce all documents related to your answer to
18   Interrogatory 14, including any correspondence, agreements, draft agreements or other
documents addressing the subject of the interrogatory.

19

20   RESPONSE:

21   REQUEST FOR PRODUCTION Q. Please produce all documents related to your answer to
Interrogatory No. 15, including any correspondence or other documents addressing the subject of
22   the interrogatory.

23   RESPONSE:

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -12

**Daniel T. Satterberg,** Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

REQUEST FOR PRODUCTION R.  Please produce all photographs, maps, diagrams, sketches, plans, specifications or drawings in your possession depicting any improvements or landscaping that are wholly or partially within the portions of the Corridor that are adjacent to any parcel(s) identified in your answer to Interrogatory No. 1.

RESPONSE:

REQUEST FOR PRODUCTION S:  Please produce any correspondence or other documents that relate to your ownership, use, or possession of the parcel(s) you identify in Interrogatory No. 1, or the Corridor.

RESPONSE:

REQUEST FOR PRODUCTION T:  Please produce all documents related to your answer to Interrogatory No. 16, including any correspondence, court filings, or other documents addressing the subject of the interrogatory.

RESPONSE:

REQUEST FOR PRODUCTION U.  Please produce all documents related to any misdemeanor or felony conviction that you might have for a crime of dishonesty, including but not limited to, forgery, fraud, theft, shoplifting, perjury, and/or false swearing.

RESPONSE:

REQUEST FOR PRODUCTION V. Pleases produce all property tax assessments and property tax documents that relate to any parcel(s) identified in your answer to Interrogatory No. 1.

RESPONSE:

REQUEST FOR PRODUCTION W.  Please produce copies of any title reports that relate to any parcel(s) identified in your answer to Interrogatory No. 1, including but not limited to any title reports generated in connection with a mortgage or refinance of your property.

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -13

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1  RESPONSE:

2

3  REQUEST FOR PRODUCTION X.  Please produce copies of sewer bills or septic pumping receipts that relate to any parcel(s) identified in your answer to Interrogatory No. 1.

4  RESPONSE:

5     Interrogatories DATED this _____ day of April, 2015 at Seattle, Washington.

6

7

8                                    DANIEL T. SATTERBERG
                                     King County Prosecuting Attorney
9                                    By
                                     DAVID J. HACKETT, WSBA #21236
10                                   ANDREW W. MARCUSE, WSBA #27552
                                     Senior Deputy Prosecuting Attorneys
11                                   Attorneys for Defendant King County
                                     500 Fourth Ave., 9th Floor
12                                   Seattle, WA.  98104
                                     Telephone: (206) 296-8820 / Fax: (206) 296-8819
13                                   Email: David.Hackett@Kingcounty.gov
                                            Andrew.Marcuse@Kingcounty.gov
14

15     Answers (and objections) DATED this _____ day of April, 2015 at Seattle, Washington.

16

17                                   By:_____
                                     [Attorney Name], WSBA #
18                                   Attorneys for Plaintiff
                                     Address
19                                   Telephone: / Fax:
                                     Email Address
20

21

22

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -14

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1

## ATTORNEY'S CR 26(g) CERTIFICATE

2      The undersigned attorney of record for plaintiff hereby certifies that he has reviewed the
foregoing answers and responses to the Defendant King County's First Set of Interrogatories and

3   Requests for Production to Plaintiff _____ and, to the best of his knowledge,
information, and belief, formed after a reasonable inquiry they are consistent with CR 26(g)

4   requirements.

5      DATED this _____ day of _____, 2015.

6

7                                        _____
                                         Daryl A. Deutsch, WSBA # 11003
8                                        Thomas S. Stewart
                                         Elizabeth McCulley
9                                        Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -15

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1

## VERIFICATION

2

STATE OF WASHINGTON )

3                                          ) ss.
COUNTY OF KING          )

4

_____, on oath and under penalty of perjury, says:

5

6          That I am a plaintiff in the above captioned action.  I have read Defendant King County's
sixteen foregoing interrogatories and answers thereto.  The answers to the interrogatories are true
and correct to the best of my knowledge and belief.

7

8          Dated this ____ day of_____, 2015.

9                                          _____
                                                      , Plaintiff

10

11          SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2015.

12

13                                          _____
                                          Signature
                                          Print name:_____
14                                          NOTARY PUBLIC in and for the State
                                          of Washington, residing at _____
15                                          My appointment expires: _____

16

17

18

19

20

21

22

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -16

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

1

**DECLARATION OF SERVICE**

2      I hereby certify that on April 6, 2015, I served the foregoing document(s) in the

manner noted below to the following:

3

Daryl A. Deutsch, WSBA # 11003

4                  Attorney for Plaintiff

Rodgers, Deutsch & Turner, PLLC

5            Three Lake Bellevue Drive, Suite 100

Bellevue, WA 98005

6              Email: daryl@rdtlaw.com

**[Via Legal Messenger and E-Mail]**

7

Thomas S. Stewart

8                  Elizabeth McCulley

Attorneys for Plaintiff

9          BAKER STERCHI COWDEN & RICE, LLC

2400 Pershing Road, Suite 500

10              Kansas City, MO  64108

stewart@bscr-law.com

11              mcculley@bscr-law.com

**[Via E-Mail]**

12

Timothy G. Leyh, WSBA #14853

13          Randall Thomsen, WSBA #25310

Kristin Ballinger, WSBA #28253

14          Attorneys for Port of Seattle

Calfo, Harrigan, Leyh & Eakes, LLP

15            999 Third Avenue, Suite 4400

Seattle, WA 98104

16              timl@calfoharrigan.com

randallt@calfoharrigan.com

17            Kristinb@calfoharrigan.com

**[Via E-Mail]**

18

James E. Breitenbucher, WSBA # 27670

19          Gavin W. Skok, WSBA # 29766

Courtney Seim, WSBA # 35352

20            Bryan J. Case, WSBA # 41781

Attorneys for Puget Sound Energy

21                Riddell Williams PS

1001 – 4th Avenue, Suite 4500

22              Seattle, WA 98154-1065

gskok@riddellwilliams.com

23          jbreitenbucher@riddellwilliams.com

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -17

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

1

cseim@riddellwilliams.com
bcase@riddellwilliams.com

2

**[Via E-Mail]**

3

Desmond L. Brown, WSBA # 16232
Loren Armstrong, WSBA # 33068

4

Central Puget Sound Regional Transit Authority
401 S. Jackson Street

5

Seattle, WA 98104-2826
desmond.brown@soundtransit.org

6

loren.armstrong@soundtransit.org

**[Via E-Mail]**

7

8

I declare under penalty of perjury under the laws of the United States and the State of
Washington that the foregoing is true and correct.

9

DATED this 6th day of April, 2015 at Seattle, Washington.

10

11

Lebryna Tamaela

12

King County Prosecuting Attorney's Office

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT KING COUNTY'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO EACH INDIVIDUALLY NAMED
PLAINTIFF (14-cv-00784-JCC) -18

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

# EXHIBIT B

1

2

3

4

5                                                                    The Honorable John C. Coughenour

6                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8

9    SCOTT AND KATHRYN KASEBURG, et al.          )    NO. 2:15-CV-00358-JCC
                                                 )
10                  Plaintiffs,                  )
                                                 )
11   vs.                                         )
                                                 )    INDIVIDUALLY NAMED
12   PORT OF SEATTLE, a municipal corporation;   )    PLAINTIFFS' ANSWERS AND
     PUGET SOUND ENERGY, INC., a Washington      )    OBJECTIONS TO DEFENDANT KING
13   for profit corporation and KING COUNTY, a   )    COUNTY'S FIRST SET OF
     home rule charter county, and CENTRAL       )    INTERROGATORIES AND
14   PUGET SOUND REGIONAL TRANSIT                )    REQUESTS FOR PRODUCTION OF
     AUTHORITY, a municipal corporation,         )    DOCUMENTS
15                                               )
                                                 )
16                  Defendants.                  )
                                                 )
17

18        In accordance with CR 26, CR 33 and CR 34, each plaintiff named above is hereby

19   required to answer, in writing, the following interrogatories with respect to their specific

20   property interests separately and fully under oath, within thirty (30) days of their service

21   upon you.  These interrogatories are deemed continuing in nature and you must supplement

22   your answers pursuant to CR 26(e).

23

24

25

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS                   RODGERS DEUTSCH & TURNER, P.L.L.C.
AND OBJECTIONS TO DEFENDANT KING                                   Attorneys At Law
COUNTY'S FIRST SET OF INTERROGATORIES AND                 Three Lakes Bellevue Dr. Suite 100
REQUESTS FOR PRODUCTION OF DOCUMENTS -                      Bellevue, Washington 98005-2440
  2:15-cv-00358-JCC - Page 1                               Tel. (425)455-1110  Fax (425)455-1626

1

## PRELIMINARY STATEMENT

2

These interrogatories call for all information (including information contained in or on

3

writings, recordings, photographs, or any other tangible thing or material) that is known or

4

available to you, including all information in possession of your doctors, agents, attorneys,

5

accountants, auditors or other persons or experts and any investigators or any person acting on

6

your behalf or under you or your attorneys' employment, direction and/or control.

7

If you are asserting that part of any response to an interrogatory is privileged, specify the

8

9

grounds therefore, identify the alleged privileged documents or conversations by date, author,

10

recipient and general subject matter, and provide all information responsive to the interrogatory

11

which does not fall within your claim of privilege.

12

Unless conclusively negated by the context of the question, the following is to be

13

considered applicable to all questions contained in this set of written interrogatories:

14

15

A.   The singular number and the masculine gender as used herein shall embrace, and

16

be read and applied as, the plural or the feminine or the neuter, as the circumstances may make

17

appropriate.

18

B.   The word "person" includes the plural as well as the singular and includes any

19

natural person, firm, association, partnership, corporation, or other form of legal entity.

20

21

C.   Each interrogatory is intended to, and does request that each and every particular

22

and part thereof be answered with the same force and effect as if each part and particular were

23

the subject of and were asked by a separate interrogatory.

24

25

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

D.     The terms "document" and/or "writing" mean and include, but are not limited to, any printed, typewritten, or handwritten matter of whatever character, and every other form of recording upon any tangible thing.

E.     Whenever you are asked to identify any document or writing, state with respect to each such document or writing:

      (a)     The date it bears and the date it was prepared,

      (b)     The identity of the author and/or originator

      (c)     The identity of each addressee,

      (d)     The nature and substance thereof,

      (e)     The identity of the present custodian thereof,

      (f)     The present location of the document, and

      (g)     Whether you will provide a copy thereof without further request.

F.     Whenever you are asked to identify or describe an oral communication or conversation, state with respect thereto:

      (a)     The date and place thereof and whether it was in person or by telephone;

      (b)     The identity of each person who participated in or heard any part of communication,

      (c)     The substance of what was said by each person who participated therein, and

      (d)     The identity of any document that recorded, summarized or confirmed the oral communication.

G.     Whenever you are asked to identify any person, state with respect to such person:

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

(a)    The person's name,

(b)    Such person's last known business address and telephone number,

(c)    Such person's last known residence address and telephone number,

(d)    Such person's present occupation and business affiliation, and

(e)    Such person's occupation and business affiliation of the time to which your answer relates.

H.    The term "Corridor" as used herein refers to the portion of the East Side Rail Corridor that runs from milepost 5.0 near Kennydale to milepost 10.6 at Wilburton along the Eastern Shore of Lake Washington in King County, Washington.

You are hereby notified that the following interrogatories shall be deemed continuing, and any additional information, including any conclusions, opinions or contentions that are different from those set forth in plaintiffs answers relating in any way to these interrogatories, which the plaintiff acquires subsequent to the date of answering these interrogatories and up to and including the date of trial, shall be furnished to defendant promptly after such information is acquired.

## INTERROGATORIES

INTERROGATORY NO. 1.  In your complaint, you allege that you own fee title in land that is adjacent to the Corridor. Please identify and list the parcel number(s) for any property adjacent to the Corridor that you currently own, whether any other person or entity has an ownership or possessory interest in your parcel(s), the date and method (purchase, will, gift, etc.) that you acquired your parcel(s), and the name of the transferor(s).

ANSWER:  Plaintiffs object to this interrogatory because it is duplicative and the information has already been provided to Defendants in Plaintiffs' Complaint.  Further, this information is publically available from King County Assessor.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 4

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

INTERROGATORY NO. 2.  For any parcel(s) identified in your answer to Interrogatory No. 1, list any challenges or appeals that you have made to your property tax assessments, including the date of the appeal, the nature of the appeal and the outcome of the appeal.

ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

INTERROGATORY NO. 3.  For any parcel(s) identified in your answer to Interrogatory No. 1, identify all telegraph, telephone, fiber optic cable, electrical wires, utilities, poles, pipes, conduit or equipment located on or under the Corridor adjacent to your parcel(s), including the location and nature of such uses.

ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

INTERROGATORY NO. 4.  For any parcel(s) identified in your answer to Interrogatory No. 1, list any building, grading, or shoreline permits that you have sought for the parcel(s), including the date of the request, a description of the proposed work, the status of the request, and the status of the project.

ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANT KING COUNTY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 2:15-cv-00358-JCC - Page 5

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

INTERROGATORY NO. 5.  For any parcel(s) identified in your answer to Interrogatory No. 1, list each *specific* instance where King County, its agents, employees or representatives, have claimed a property interest in the portion of the Corridor adjacent to your parcel(s) that is contrary to your property interest, including the date of the claim, the identity of the speaker, the nature of the claim, and why you feel it is contrary to your property interests.

ANSWER:  Plaintiffs object to this interrogatory because it calls for a legal conclusion and is duplicative because the information has already been provided to Defendants in Plaintiffs' Complaint.

INTERROGATORY NO. 6.  For any parcel(s) identified in your answer to Interrogatory No. 1, list any structures, driveways, sidewalks, landscaping, fences, retaining walls, or other encroachments (collectively "encroachments") owned by you or others that are located on or within the Corridor. Include the date that the encroachment was constructed or placed, the nature and location of the encroachment, whether the encroachment was authorized by BNSF or any other person or entity, whether a survey addresses the encroachment, whether construction of the encroachment was permitted and whether the encroachment is currently authorized by a special use permit, license, agreement or other authorization issued by King County or a predecessor to King County's property rights in the Corridor.

ANSWER:  Plaintiffs object to this interrogatory because Plaintiffs own the underlying fee in the corridor and can use their property in a manner that does not interfere with the current easement for a recreational trail.

INTERROGATORY NO. 7.  For any parcel(s) identified in your answer to Interrogatory No. 1, state whether you have the right to construct improvements, landscaping, or otherwise make use of the portions of the Corridor that are adjacent to your parcel(s) and whether you have exercised this right or plan to do so in the future.

ANSWER:  Plaintiffs object to this interrogatory because Plaintiffs own the underlying fee in the corridor and can use their property in a manner that does not interfere with the current easement for a recreational trail.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANT KING COUNTY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 2:15-cv-00358-JCC - Page 6

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

INTERROGATORY NO. 8.  For any parcel(s) identified in your answer to Interrogatory No. 1, list any sales (or potential sales), rentals, or leases (or potential rentals or leases) of the parcel(s) that you believe were impacted by the dispute between you and King County regarding the scope of your property rights in the Corridor. Include the date of the sale, rental or lease, the pricing terms, the parties to the transaction, and explain how you believe the current property dispute between you and King County affected the transaction.

ANSWER:  Plaintiffs object to this interrogatory because it calls for a legal conclusion and Plaintiffs own the underlying fee in the corridor and can use their property in a manner that does not interfere with the current easement for a recreational trail.

INTERROGATORY NO. 9.  For any parcel(s) identified in your answer to Interrogatory No. 1, describe your understanding regarding the King County's current property rights in the portion of the Corridor where you claim to own property rights, including what uses King County may carry out within this portion of the Corridor without your permission and/or without compensation to you (including without limitation grants to third parties) and what uses you may carry out within this portion of the Corridor without permission from King County.

ANSWER:  Plaintiffs object to this interrogatory because it calls for a legal conclusion and Plaintiffs own the underlying fee in the corridor and can use their property in a manner that does not interfere with the current easement for a recreational trail.

INTERROGATORY NO. 10.  With regard to your claim that King County possesses only a surface easement for a recreational trail with the potential reactivation of a railroad, describe your understanding and belief as to the following (1) the width of the easement, (2) whether the dimensions of the easement are co-extensive with the dimensions of the Corridor, (3) whether King County has the right to construct a trail within the easement, (4) whether King County has the right to place the trail anywhere within the boundaries of the easement, (5) whether the right to construct a trail includes the right to install drainage, signage, lighting, and/or other facilities that are related to construction and operation of the trail, and (6) whether King County can require you to remove any improvements or landscaping from the Corridor or easement area that interfere with trail construction and/or operation.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 7

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

ANSWER:  Plaintiffs object to this interrogatory because it calls for a legal conclusion regarding the width of the corridor and Plaintiffs own the underlying fee in the corridor and can use their property in a manner that does not interfere with the current easement for a recreational trail.

INTERROGATORY NO. 11.  Have you filed for bankruptcy during the period that you have owned the parcel(s) identified in Interrogatory No. 1? If so, list the date of the bankruptcy filing, the jurisdiction where you sought bankruptcy protection, and the cause number.

ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

INTERROGATORY NO. 12.  For any parcel(s) identified in your answer to Interrogatory No. 1, has the parcel(s) been the subject of a judicial or non-judicial foreclosure proceeding? If so, list the date of the foreclosure procedure, the type of foreclosure proceeding, the jurisdiction of the foreclosure proceeding, and any cause number associated with the proceeding.

ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

INTERROGATORY NO. 13.  In your complaint, you allege the property you own adjacent to the Corridor "includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for an interim trail and possible future railroad reactivation." Please identify all facts and documents which support your allegation that your fee title includes property to the centerline of the right-of-way.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 8

1  ANSWER:  Plaintiffs object to this interrogatory because it calls for a legal conclusion and

2  Plaintiffs own the underlying fee in the corridor under Washington and federal law.

3

4  INTERROGATORY NO. 14.  For any parcel identified in your answer to Interrogatory No. 1,
   list any permits, licenses, or permissions that you (or the former owners of your parcel(s))
5  sought or obtained from the railroad, the Port of Seattle, King County, or their predecessor in
   interest, that grants you (or the former owners of your property) permission to use property
6  within the Corridor. This includes, but is not limited to, crossing permits, permits for parking
   or landscaping, permits to construct improvements, or permission allowing any other use.
7

8  ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims

9  in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired

10 and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and

11 what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment

12 and the information is publically available.

13

14

15 INTERROGATORY NO. 15.  For any parcel identified in your answer to Interrogatory No. 1,
   please list and describe any communication you (or the former owners of your parcel(s)) have
16 had with the railroad, the Port of Seattle, or King County regarding the Corridor or use of the
   Corridor?
17

18 ANSWER:  Plaintiffs object to this interrogatory because it is not legally relevant to the claims

19 in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired

20 and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and

21 what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment

22 and the information is publically available.

23

24

25

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 9

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

INTERROGATORY NO. 16.  For any parcel identified in your answer to Interrogatory No. 1, have you ever made any other claims, filed any other suits, or received any payments for damage to, diminution in value of or takings? If so, describe the claims or, if suit was filed, state the courts, and the captions in which filed, the years filed, the titles and docket numbers of the suits, and state whether you received any payment and/or other consideration from any person as a result of the claims or suits, including any settlements, and identify all documents that refer or relate thereto.

ANSWER:  Plaintiffs object to this interrogatory because any previous negotiated settlements or lawsuits have no bearing to this case, it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment and the information is publically available.

REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION A.  Please produce all documents associated with the acquisition of any parcel(s) identified in your answer to Interrogatory No. 1 or otherwise associated with your answer to Interrogatory No. 1, including but not limited to, real estate contracts, purchase and sale agreements, title insurance and any other documents containing a legal description of the property.

RESPONSE:  Plaintiffs object to this request because it is duplicative and the information has already been provided to Defendants in Plaintiffs' Complaint.  Further, this information is publically available from King County Assessor.

REQUEST FOR PRODUCTION B. Please produce all documents associated with the refinance of any parcel(s) identified in your answer to Interrogatory No. 1, including but not limited to title insurance and any other documents containing a legal description of the property.

RESPONSE:  Plaintiffs object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 10

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold. Plaintiffs further object as this request is harassment.

REQUEST FOR PRODUCTION C. Please produce any additional appraisals of any parcel(s) identified in your answer to Interrogatory No. 1 that were not produced in response to request for production A or B.

RESPONSE: Plaintiffs object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold. Plaintiffs further object as this request is harassment.

REQUEST FOR PRODUCTION D. Please produce all documents associated with any challenge or appeal of your property tax assessment for any parcel(s) identified in your answer to Interrogatory No. 1, or otherwise related to your answer to Interrogatory 2.

RESPONSE: Plaintiffs object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold. Plaintiffs further object as this request is harassment.

REQUEST FOR PRODUCTION E. Please produce all deeds within your chain of title and any documents associated with those deeds for any parcels identified in your answer to Interrogatory No. 1.

RESPONSE: Plaintiffs object to this request because it is duplicative and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs'

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANT KING COUNTY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 2:15-cv-00358-JCC - Page 11

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

Complaint by the ownership deeds produced.  Further, this information is publically available from King County Assessor.  Plaintiffs further object as this request is harassment.


REQUEST FOR PRODUCTION F.  Please produce all documents related to your answer to Interrogatory 4, including any correspondence or other documents addressing the subject of the interrogatory.

RESPONSE:  Plaintiffs object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.


REQUEST FOR PRODUCTION G.  Please produce all documents related to your answer to Interrogatory 5, including any correspondence or other documents addressing the subject of the interrogatory.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.


REQUEST FOR PRODUCTION H.  Please produce all documents related to your answer to Interrogatory 6, including but not limited to, letters, emails, surveys, maps, drawings, photographs, and special use permits.


INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 12

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION I.  Please produce all documents related to your answer to Interrogatory 7, including any correspondence, drawings, plans, permit applications, or other documents addressing the subject of the interrogatory.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION J.  Please produce all documents related to your answer to Interrogatory 8, including any correspondence, agreements, draft agreements, due diligence documents or other documents addressing the subject of the interrogatory.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 13

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION K.   Please produce all documents related to your answer to Interrogatory 9, including any correspondence or other documents addressing the subject of the interrogatory.

RESPONSE:   Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION L.   Please produce all documents related to your answer to Interrogatory 10, including any correspondence or other documents addressing the subject of the interrogatory.

RESPONSE:   Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.   Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION M.   Please produce all documents related to your answer to Interrogatory 11, including any correspondence, court filings, or other documents addressing the subject of the interrogatory.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 14

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION N.  Please produce all documents related to your answer to Interrogatory 12, including any correspondence, court filings, or other documents addressing the subject of the interrogatory.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

REQUEST FOR PRODUCTION O.  Please produce all documents that relate to Interrogatory No. 13 and the allegation in your complaint that the property you own adjacent to the Corridor "includes the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for an interim trail and possible future railroad reactivation."

RESPONSE:  *See* response to interrogatory number 13.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 15

REQUEST FOR PRODUCTION P.  Please produce all documents related to your answer to Interrogatory 14, including any correspondence, agreements, draft agreements or other documents addressing the subject of the interrogatory.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object to this request as harassment.

REQUEST FOR PRODUCTION Q.  Please produce all documents related to your answer to Interrogatory No. 15, including any correspondence or other documents addressing the subject of the interrogatory.

RESPONSE:  *See* response to interrogatory number 15.

REQUEST FOR PRODUCTION R.  Please produce all photographs, maps, diagrams, sketches, plans, specifications or drawings in your possession depicting any improvements or landscaping that are wholly or partially within the portions of the Corridor that are adjacent to any parcel(s) identified in your answer to Interrogatory No. 1.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANT KING COUNTY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 2:15-cv-00358-JCC - Page 16

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

**REQUEST FOR PRODUCTION S:** Please produce any correspondence or other documents that relate to your ownership, use, or possession of the parcel(s) you identify in Interrogatory No. 1, or the Corridor.

**RESPONSE:** Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced. Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

**REQUEST FOR PRODUCTION T:** Please produce all documents related to your answer to Interrogatory No. 16, including any correspondence, court filings, or other documents addressing the subject of the interrogatory.

**RESPONSE:** Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced. Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 17

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

REQUEST FOR PRODUCTION U.  Please produce all documents related to any misdemeanor or felony conviction that you might have for a crime of dishonesty, including but not limited to, forgery, fraud, theft, shoplifting, perjury, and/or false swearing.

RESPONSE:  Plaintiffs object to this request because it is duplicative, irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

REQUEST FOR PRODUCTION V.   Pleases produce all property tax assessments and property tax documents that relate to any parcel(s) identified in your answer to Interrogatory No. 1.

RESPONSE:  Plaintiffs object to this request because it is irrelevant, and the only relevant information concerning ownership has already been provided to Defendants in Plaintiffs' Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to the interest the railroad acquired and what interest the Defendants' currently hold, as well as legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further object as this request is harassment.

REQUEST FOR PRODUCTION W.  Please produce copies of any title reports that relate to any parcel(s) identified in your answer to Interrogatory No. 1, including but not limited to any title reports generated in connection with a mortgage or refinance of your property.

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 18

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1  RESPONSE:   Plaintiffs object to this request because it is irrelevant, and the only relevant

2  information concerning ownership has already been provided to Defendants in Plaintiffs'

3  Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is

4  not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to

5  the interest the railroad acquired and what interest the Defendants' currently hold, as well as

6  legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further

7  object as this request is harassment.

8

9

10  REQUEST FOR PRODUCTION X.   Please produce copies of sewer bills or septic pumping

11  receipts that relate to any parcel(s) identified in your answer to Interrogatory No. 1.

12  RESPONSE:   Plaintiffs object to this request because it is irrelevant, and the only relevant

13  information concerning ownership has already been provided to Defendants in Plaintiffs'

14  Complaint by the ownership deeds produced.  Plaintiffs further object to this request because it is

15  not legally relevant to the claims in Plaintiffs complaint, specifically declaratory judgment as to

16  the interest the railroad acquired and what interest the Defendants' currently hold, as well as

17  legally irrelevant to quiet title and what interest the Plaintiffs currently hold.  Plaintiffs further

18  object as this request is harassment.

19

20  Date: April 27, 2015.                         STEWART, WALD & McCULLEY, L.L.C.

21

22                              By  /s/ Thomas S. Stewart
                                    Thomas S. Stewart
23                                  Elizabeth McCulley
                                    9200 Ward Parkway
24                                  Suite 550
                                    Kansas City, MO 64114
25

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS          RODGERS DEUTSCH & TURNER, P.L.L.C.
AND OBJECTIONS TO DEFENDANT KING                        Attorneys At Law
COUNTY'S FIRST SET OF INTERROGATORIES AND         Three Lakes Bellevue Dr. Suite 100
REQUESTS FOR PRODUCTION OF DOCUMENTS -           Bellevue, Washington 98005-2440
  2:15-cv-00358-JCC - Page 19                    Tel. (425)455-1110  Fax (425)455-1626

Telephone:     (816) 303-1500
Facsimile:     (816) 5278068
stewart@swm.legal
mcculley@swm.legal

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone     (425) 455-1110
Facsimile     (425) 455-1626
daryl@rdtlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2015, the foregoing was served via U.S. Mail, postage prepaid upon all parties of record.

| | |
|---|---|
| Andrew W Marcuse | James Breitenbucher |
| David J. Hackett | Blake Marks-Dias |
| Peter G. Ramels | RIDDELL WILLIAMS |
| King County Prosecuting Attorney, Civil Division | 1001 Fourth Avenue, Suite 4500 |
| 500 4th Avenue, Suite 900 | Seattle, WA  98154-1192 |
| Seattle, WA 98104-5039 | jbreitenbucher@riddellwilliams.com |
| andrew.marcuse@kingcounty.gov | bmarksdias@riddellwilliams.com |
| david.hackett@kingcounty.gov | ATTORNEYS FOR DEFENDANT |
| pete.ramels@kingcounty.gov | PUGET SOUND ENERGY |
| ATTORNEYS FOR DEFENDANT | |
| KING COUNTY | |

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 20

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1   Desmond L. Brown
Loren Armstrong
2   401 S. Jackson Street
Seattle, WA  98104
3   Desmond.brown@soundtransit.org
Loren.armstrong@soundtransit.org
4   ATTORNEY FOR DEFENDANT
CENTRAL PUGET SOUND REGIONAL
5   TRANSIT AUTHORITY (SOUND
TRANSIT)
6

7

VAN NESS FELDMAN, LLP
Dale N. Johnson
2025 First Avenue, Suite 500
Seattle, WA  98121-3140
dnj.vnf.com
ATTORNEY FOR DEFENDANT
CASCADE WATER ALLIANCE

/s/ Thomas S. Stewart

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 21

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

<u>VERIFICATION</u>

STATE OF WASHINGTON        )
                          ) ss.
COUNTY OF KING            )

_____, on oath and under penalty of perjury, says:

That I am a plaintiff in the above captioned action. I have read Defendant King County's sixteen foregoing interrogatories and answers thereto.  The answers to the interrogatories are true and correct to the best of my knowledge and belief.

Dated this _____day of _____ , 2015.

Plaintiff

SUBSCRIBED AND SWORN TO before me this_____   day of_____, 2015.

_____
Signature

_____
Print name:

NOTARY PUBLIC in and for the State of Washington, residing at _____.

My appointment expires:

INDIVIDUALLY NAMED PLAINTIFFS' ANSWERS
AND OBJECTIONS TO DEFENDANT KING
COUNTY'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS -
2:15-cv-00358-JCC - Page 22

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

# EXHIBIT C



Baker Sterchi
Cowden & Rice LLC

Kansas City ⋮ St. Louis ⋮ Overland Park, KS

> RECEIVED
> AUG 1 4 2014
> DANIEL T. SATTERBERG
> PROSECUTING ATTORNEY
> CIVIL DIVISION

**Elizabeth G. McCulley**
Direct Dial 816.448.9395
mcculley@bscr-law.com
Kansas City Office

August 13, 2014

Andrew W. Marcuse                                    *Via UPS Overnight Delivery*
King County Prosecuting Attorney's Office
500 4th Ave, Suite 900
Seattle, WA 98104-5039

Re:   *Kaseburg v. Port of Seattle, et al.*
        Case No. 2:14-CV-000784-JCC

Dear Andrew:

Enclosed please find Plaintiffs' Index, Claims Book, and parcel maps with claimants identified for *Kaseburg v. Port of Seattle, et al.*, pursuant to our July 31, 2014 meet and confer. Plaintiffs' Index identifies each of the parcels associated with each Plaintiff and, for each identified parcel, sets forth (1) the owner of the parcel, (2) the local Assessor Parcel Number, and (3) the address for the parcel or parcels. The index is organized alphabetically and each Plaintiff is assigned a number.

The Claims Book features a tab for each of the Plaintiffs' numbers set forth in the class index. Beneath each tab, we provide (1) the current deed(s) or instrument(s) showing ownership in the parcel; (2) the most recent parcel report from the County Assessor; (3) a County Assessor map of the parcel; and (4) the original conveyance document naming or involving Burlington Northern Sante Fe Railroad or any of its predecessors relating to each parcel. Also, we have provided a global map all parcels to you with identification of each claimant relative to the railroad right-of-way.

If you have any questions, please let me know.

Very truly yours,

BAKER STERCHI COWDEN & RICE, L.L.C.

*Eliz McCulley*

Elizabeth G. McCulley