THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KASEBURG, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PORT OF SEATTLE, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C14-0784-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　Plaintiffs' Motion for Leave to File Excess Pages (Dkt. No. 108) is GRANTED and Plaintiffs are granted leave to include eight additional pages in their Response to King County's Motion to Compel.

　　DATED this 3rd day of August 2015.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Rhonda Stiles
　　　　　　　　　　　　　　　　　　　Deputy Clerk