1

2

3

4

The Honorable John C. Coughenour

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

SCOTT KASEBURG *et al.*,                          )
                                                  )
                      Plaintiffs,                 )
                                                  )   No. 14-cv-00784-JCC
9
        v.                                        )
                                                  )
10
PORT OF SEATTLE,  a municipal corporation;        )   NOTICE OF UNAVAILABILITY
PUGET SOUND ENERGY, INC., a Washington            )
11
for profit corporation and KING COUNTY, a         )
home rule charter county, and CENTRAL PUGET       )
12
SOUND REGIONAL TRANSIT AUTHORITY, a               )
municipal corporation, and CASCADE WATER          )
13
ALLIANCE,                                         )
                                                  )
14
                      Defendants.                 )
                                                  )

15

PLEASE TAKE NOTICE that **David J. Hackett, Peter G. Ramels, Barbara A.**

16

**Flemming and Andrew W. Marcuse** will be unavailable for service of documents, receipts of

17

faxes, motions, discovery, scheduling of oral arguments, or other matters in this cause of action

18

on the following dates: **August 10, 2015 through August 14, 2015.**

19

//

20

//

21

//

22

23

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
NOTICE OF UNAVAILABILITY                          500 Fourth Avenue
(14-cv-00784-JCC)  - 1                            Seattle, Washington  98104
                                                  (206) 296-0430  Fax (206) 296-8819

1  DATED this 6th day of August, 2015.

2

3  DANIEL T. SATTERBERG

   King County Prosecuting Attorney

4  By: *s/ David J. Hackett*
   DAVID HACKETT, WSBA #21236
   Senior Deputy Prosecuting Attorney

5

6  By: *s/ Peter G. Ramels*
   PETER G. RAMELS, WSBA #21120
   Senior Deputy Prosecuting Attorney

7

8  By: *s/ Barbara Flemming*
   BARBARA A. FLEMMING, WSBA #20485
   Senior Deputy Prosecuting Attorney

9  By: *s/ Andrew W. Marcuse*
   ANDREW W. MARCUSE, WSBA #27552
   Senior Deputy Prosecuting Attorney

10

11 Attorneys for Defendant King County

   King County Prosecuting Attorney's Office
12 500 Fourth Ave., 9th Floor
   Seattle, WA 98104
13 Telephone:  (206) 296-8820 / Fax:  (206) 296-8819
   Email:  david.hackett@kingcounty.gov
14          pete.ramels@kingcounty.gov
            barbara.flemming@kingcounty.gov
            andrew.marcuse@kingcounty.gov
15

16

17 <u>**DECLARATION OF FILING AND SERVICE**</u>

18         I hereby certify that on August 6, 2015, I electronically filed the foregoing document(s)

19 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

20 to the following:

21     Daryl A. Deutsch WSBA#11003
       daryl@rdtlaw.com

22     Thomas S. Stewart
       Elizabeth McCulley
23     stewart@bscr -law.com

NOTICE OF UNAVAILABILITY
(14-cv-00784-JCC)  - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1      mcculley@bscr -law.com

2      Gavin W. Skok, WSBA#29766
       James E. Brietenbucher, WSBA#27670
3      Courtney Seim, WSBA#35352
       Bryan J. Case, WSBA#41781
4      gskok@riddellwilliams.com
       jbreitenbucher@riddellwilliams.com
5      cseim@riddellwilliams.com
       bcase@riddellwilliams.com
6
       Timothy G. Leyh, WSBA#14853
7      Randall Thomsen, WSBA#25310
       Kristin Ballinger, WSBA#28253
8      timl@calfoharrigan.com
       randallt@calfoharrigan.com
9      kristinb@calfoharrigan.com

10     Desmond L. Brown, WSBA #16232
       Loren G. Armstrong, WSBA #33068
11     desmond.brown@soundtransit.org
       loren.armstrong@soundtransit.org

12

13     I declare under penalty of perjury under the laws of the United States and the State of

14 Washington that the foregoing is true and correct.

15

16          DATED:  August 6, 2015, at Seattle, Washington.

17                                      _s/ Kris Bridgman_____
                                        Kris Bridgman, Legal Secretary
18                                      King County Prosecuting Attorney's Office

19

20

21

22

23

NOTICE OF UNAVAILABILITY
(14-cv-00784-JCC)  - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819