The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, et al., | No. 2:14-cv-00784-JCC |
| Plaintiffs, | **DECLARATION OF DAVID NAMURA** |
| v. | |
| PORT OF SEATTLE; PUGET SOUND ENERGY, INC.; KING COUNTY; CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, | |
| Defendants. | |

I, David Namura, hereby declare as follows:

1. I am Manager for Local Government and Community Relations at Puget Sound Energy, Inc.

2. Attached as Exhibit A is a true and correct copy of the Easement Purchase and Sale Agreement between the Port of Seattle and Puget Sound Energy, Inc., dated December 20, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _11_ day of September, 2015 at Bellevue, Washington.

_____
David Namura

NAMURA DECLARATION (NO. 2:14-cv-00784-JCC) - 1

4848-0158-4168.01

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

**CERTIFICATE OF SERVICE**

I hereby certify that on date written below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Daryl A. Deutsch – daryl@rdtlaw.com
- Thomas S. Stewart – stewart@swm.legal
- Elizabeth G. McCulley – mcculley@swm.legal
- Timothy G. Leyh – timl@calfoharrigan.com
- Randall T. Thomsen – randallt@calfoharrigan.com
- Kristin E. Ballinger – kristinb@calfoharrigan.com
- David JW Hackett – david.hackett@kingcounty.gov
- Andrew W. Marcuse – andrew.marcuse@kingcounty.gov
- Peter G. Ramels – pete.ramels@kingcounty.gov
- Desmond L. Brown – desmond.brown@soundtransit.org
- Loren G. Armstrong – loren.armstrong@soundtransit.org
- Dale N. Johnson – dnj@vnf.com

DATED this 14th day of September, 2015.

    __s/ James Breitenbucher_____
    James Breitenbucher

NAMURA DECLARATION (NO. 2:14-cv-00784-JCC) - 2

4848-0158-4168.01

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600