The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL., | ) |
| Plaintiffs, | ) No. 2:14-CV-000784-JCC |
| vs. | ) |
| PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation; KING COUNTY, a home rule charter county; and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY | ) DECLARATION OF ROBERT NUNNENKAMP |
| Defendants. | ) |

I, Robert Nunnenkamp, declare under penalty of perjury under the laws of the State of Washington as follows:

1. My name is Robert Nunnenkamp and I am employed as a Property Agent with the King County Division of Parks and Recreation. I have held this position since 2000. As a Property Agent, I am familiar with the Eastside Rail Corridor (ERC), including the railroad features acquired by King County from BNSF. I am over the age of eighteen, have personal knowledge of the facts stated below and am otherwise competent to testify regarding these matters.

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

2. As constructed by BNSF and its predecessor railroad companies, the ERC has many features designed to maintain a smooth and gradual grade for railroad operations. One common feature of the ERC is cuts through the natural topography. Figure 1 is an example of a cut slope on the ERC near Kirkland, Washington where the hillside cut in order to facilitate the tracks. Figure 2, which is South of I-90, is an example of where the original topography was regraded to allow placement of the track below the original surface.



**Figure 1**



**Figure 2**

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

3. BNSF also used the surface below the ground for other purposes, including drainage. Figure 3 is an example of a drainage culvert on the ERC.



Figure 3

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

5.     There are numerous trestles that cross ravines and creeks in the ERC, which are supported by abutments and pilings that penetrate below the surface of the ground..  The most notable example is the Wilburton Trestle, which soars over 100 feet above the natural surface of the land and is almost 1,000 feet long.  Figure 4 is a picture of this trestle.  Figure 5 shows the May Creek Trestle.



Figure 4



Figure 5

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 4

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Case 2:14-cv-00784-JCC   Document 126   Filed 09/14/15   Page 5 of 8

7. The railroad also used aerial space over the ERC for signaling equipment, including railroad and traffic signaling features. Figures 6 & 7 show some of the signaling equipment that remains on the ERC.



**Figure 6**



**Figure 7**

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

8. BSNF also permitted uses of the ERC that were incidental to railroad operations. A notable example of such a use is the Eastside Interceptor, which is a major wastewater trunk line serving the East side of King County. The Eastside Interceptor sewer trunk line lies mostly underground and extends in a linear fashion through portions of the ERC, including the portion from Interstate 90 south to Renton. Metro obtained easements and permits for the trunk line from BNSF in the 1960's. Most of the Eastside Interceptor trunk line was installed between 1961 and 1964. Figure 8 is a portion of the Eastside Interceptor trunk line that daylights briefly aboveground. Figure 9 is an example of construction and burial of a large sewer line that is likely the Eastside Interceptor. This image appeared in a contemporary Seattle Times news story titled "Doing the Dirty Work." *See* http://old.seattletimes.com/special/centennial/september/dirty.html (visited September 14, 2015).



Figure 8



Figure 9

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 6

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  Signed under penalty of perjury under the laws of Washington on this 14th day of
2  September, 2015, at Seattle, Washington.

3

4  _____
   Robert Nunnenkamp

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ROBERT NUNNENKAMP
(2:14-CV-000784-JCC) - 7

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daryl A. Deutsch WSBA#11003
daryl@rdtlaw.com

Thomas S. Stewart
Elizabeth McCulley
stewart@swm.legal
mcculley@swm.legal

Michael J. Smith
smith@swm.legal

Gavin W. Skok, WSBA#29766
James E. Brietenbucher, WSBA#27670
Courtney Seim, WSBA#35352
Bryan J. Case, WSBA#41781
gskok@riddellwilliams.com
jbreitenbucher@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com

David J. Hackett, WSBA#21236
Andrew W. Marcuse, WSBA#27552
david.hackett@kingcounty.gov
andrew.marcuse@kingcounty.gov

Desmond L. Brown, WSBA #16232
Loren G. Armstrong, WSBA #33068
desmond.brown@soundtransit.org
loren.armstrong@soundtransit.org

DATED this 14th day of September, 2015.

                                                *s/Susie Clifford*

DECLARATION OF ROBERT NUNNENKAMP - 8

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717