THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT AND KATHRYN KASEBURG, *et al*,

    Plaintiffs,

v.

PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation and KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,

    Defendants.

NO. 14-cv-00784-JCC

DECLARATION OF RANDALL THOMSEN IN SUPPORT OF KING COUNTY AND THE PORT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**NOTED ON MOTION CALENDAR:**
Friday, September 18, 2015

AND

AND CROSS-MOTION FOR SUMMARY JUDGMENT

**NOTED ON MOTION CALENDAR:**
Friday, October 9, 2015

**ORAL ARGUMENT REQUESTED**

I, Randall Thomsen, declare as follows:

1. I am one of the attorneys for the defendant Port of Seattle in the above captioned action, am over age 18, and competent to be a witness. I am making this declaration based on facts within my own personal knowledge and in in support of "King County and the Port's

DECL. OF RANDALL THOMSEN IN SUPP. OF KING CNTY. & THE PORT'S OPPOS. TO PLS.' MOT. FOR SUMM. J. & CROSS-MOT. FOR SUMM. J. (14-cv-00784-JCC) - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion For Summary Judgment."

2. Attached as **Exhibit 1** to my declaration is a true and correct copy of a chart that summarizes information about each of the 58 named plaintiffs who are parties to plaintiffs' motion for summary judgment. The columns of the chart provide the following information for each of the above-described plaintiffs:

3rd Am. Compl. Ex. No.: Plaintiffs appended exhibits to their Third Amended Complaint (Dkt. No. 83). Plaintiffs pled that each exhibit was "the current deed evidencing ownership of" the subject property for each plaintiff. *See, e.g.*, Third Amended Complaint ¶ 11. This column identifies the exhibit number for each plaintiff.

Plaintiffs' Names: This column identifies each plaintiff.

Property Address: This column identifies the physical address of the subject property.

Railroad Conveyance Per Plaintiffs: This column identifies which one of the two conveyances at issue the plaintiffs identify as being the "source" conveyance related to the subject property. For purposes of this declaration, I have assumed that the plaintiffs' characterization is correct and accurate.

Date of Acquisition: This column identifies the date the plaintiff acquired his or her interest in their subject property as stated in the exhibit.

Party or Property Involved in *Haggart* or *Smith v. U.S.*: This column identifies whether the subject property was involved in the *Haggart v. United States* lawsuit or the *Smith v. United States* lawsuit. The information in this column is based on Exhibits 2 and 5 to this declaration.

DECL. OF RANDALL THOMSEN IN SUPP. OF
KING CNTY. & THE PORT'S OPPOS. TO PLS.'
MOT. FOR SUMM. J. & CROSS-MOT. FOR
SUMM. J. (14-cv-00784-JCC) - 2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

<u>Amount of Settlement in *Haggart* or *Smith*</u>: This column identifies the amount received as compensation for the subject property in either *Haggart* or *Smith*. The information in this column is based on Exhibits 2 through 7 to this declaration.

<u>Deed Exclude or Not Encompass Railroad Right of Way</u>: This column identifies whether the property description in the deeds attached by the plaintiffs as exhibits to their Third Amended Complaint contain language that expressly excludes the railroad right of way or the property description does not encompass the railroad right of way.

<u>Deed "Subject to" Easement(s)</u>: This column identifies whether the deeds attached by the plaintiffs to their Third Amended Complaint contain language that makes the property interest they received by way of the deed "subject to" easements generally or as otherwise identified with specificity in the deeds.

<u>Other</u>: This column identifies plaintiffs who were parties to the *Ioppolo, et al. v. Port of Seattle, et al.* lawsuit, plaintiffs who were parties to the *Ao v. Port of Seattle* lawsuit, and deeds with reservations in the grant in favor of the State of Washington for subsurface rights. The information related to *Ioppolo* is based on Exhibit 8 to this declaration. The information related to *Zhou* is based on Exhibits 10 and 11 to this declaration. The remaining information is based on the exhibits attached by plaintiffs to their Third Amended Complaint.

3. Attached as **Exhibit 2** to my declaration is a true and correct copy of the Joint Compromise Settlement Agreement Between Plaintiffs and the United States filed on February 12, 2014, in *Haggart, et al. v. United States*, U.S. Court of Federal Claims, Case No. 09-103L. Attachment B to that filing identifies plaintiffs involved in that lawsuit and the settlement amount for each. Attached as **Exhibits 3 and 4** to my declaration are true and correct copies of the May 21, 2014 Order on the parties' Joint Motion for Approval of Settlement and the resulting Judgment in the *Haggart* case.

DECL. OF RANDALL THOMSEN IN SUPP. OF
KING CNTY. & THE PORT'S OPPOS. TO PLS.'
MOT. FOR SUMM. J. & CROSS-MOT. FOR
SUMM. J. (14-cv-00784-JCC) - 3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

4. Attached as **Exhibit 5** to my declaration is a true and correct copy of the Second Amended Complaint filed on February 27, 2015, in *Smith, et al. v. United States*, U.S. Court of Federal Claims, Case No. 1:14-v-0387L. Attached as **Exhibit 6** to my declaration is a true and correct copy of a September 1, 2015 Joint Status Report in *Smith*. Attached as **Exhibit 7** to my declaration is a true and correct copy of a September 2, 2015 Order in *Smith*.

5. Attached as **Exhibit 8** to my declaration is a true and correct copy of the Complaint filed on March 10, 2015, in *Ioppolo, et al. v. Port of Seattle, et al.*, United States District Court for the Western District of Washington, Case No. 2:15-cv-358. Attached as **Exhibit 9** to my declaration is a true and correct copy of this Court's September 11, 2015 Order Granting Defendant King County's Motion for Partial Summary Judgment in *Ioppolo*.

6. Attached as **Exhibit 10** to my declaration is a true and correct copy of the Amended Complaint for Declaratory Judgment, Quite Title and Injunction filed on February 10, 2011, in *Ao, et al. v. Port of Seattle,* Superior Court for the State of Washington, King County, Case No. 09-2-44773-0. Attached as **Exhibit 11** to my declaration is a true and correct copy of the April 22, 2011 Order Granting Defendant Port of Seattle's Motion to Dismiss Pursuant to CR 12(b)(1) in *Ao*.

7. Attached as **Exhibit 12** to my declaration are true and correct copies of documents produced by defendant Port of Seattle in response to plaintiffs' discovery in this case, consisting of documents entitled "Right of Way Easement," "Electric Line Crossing Permit," "Electric Line License (Longitudinal)," "Irrigation Canal, Drainage Canal, Water Pipe or Sewer Pipe Permit," "Private Road Crossing Permit," "Wire Line Crossing Permit," "Pipeline" agreements, "Pipeline Permit," and "Underground Wire Line Crossing Permit," as well as other agreements, in which BNSF and its predecessors are identified as a signatory and with the date range of July 1, 1912, to February 14, 1996.

DECL. OF RANDALL THOMSEN IN SUPP. OF
KING CNTY. & THE PORT'S OPPOS. TO PLS.'
MOT. FOR SUMM. J. & CROSS-MOT. FOR
SUMM. J. (14-cv-00784-JCC) - 4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

8. Attached **Exhibit 13** to my declaration is a true and correct copy of the "Real Estate Purchase and Sale Agreement" between the Port of Seattle and Central Puget Sound Regional Transit Authority, also known as Sound Transit, dated August 18, 2011. A copy of the agreement was produced in response to discovery in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 14th day of September, 2015, in Seattle, Washington.

*/s/ Randall Thomsen*
Randall Thomsen

DECL. OF RANDALL THOMSEN IN SUPP. OF
KING CNTY. & THE PORT'S OPPOS. TO PLS.'
MOT. FOR SUMM. J. & CROSS-MOT. FOR
SUMM. J. (14-cv-00784-JCC) - 5

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daryl A. Deutsch WSBA#11003
daryl@rdtlaw.com

Thomas S. Stewart
Elizabeth McCulley
stewart@swm.legal
mcculley@swm.legal

Michael J. Smith
smith@swm.legal

Gavin W. Skok, WSBA#29766
James E. Brietenbucher, WSBA#27670
Courtney Seim, WSBA#35352
Bryan J. Case, WSBA#41781
gskok@riddellwilliams.com
jbreitenbucher@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com

David J. Hackett, WSBA#21236
Andrew W. Marcuse, WSBA#27552
david.hackett@kingcounty.gov
andrew.marcuse@kingcounty.gov

Desmond L. Brown, WSBA #16232
Loren G. Armstrong, WSBA #33068
desmond.brown@soundtransit.org
loren.armstrong@soundtransit.org

DATED this 14th day of September, 2014.

                                                              *s/Susie Clifford*

DECL. OF RANDALL THOMSEN IN SUPP. OF KING CNTY. & THE PORT'S OPPOS. TO PLS.' MOT. FOR SUMM. J. & CROSS-MOT. FOR SUMM. J. (14-cv-00784-JCC) - 6

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717