THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, <br><br> Defendants. | NO. 2:14-CV-000784-JCC <br><br><br> PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT <br><br> NOTE ON MOTION CALENDAR: SEPTEMBER 30, 2015 |

Pursuant to Local Rule 7(f), Plaintiffs respectfully request that the Court grant permission to file their Reply to the Port of Seattle and King County's Joint Opposition to Plaintiffs' Motion for Summary Judgment (Dkt. No. 124) and Response to the defendants' Cross-Motions for Summary Judgment (Dkt. Nos. 119 and 122) in excess of the twenty-four (24) page limit by six (6) pages. Permitting Plaintiffs to submit their brief in excess of the page limit will provide Plaintiffs the opportunity to adequately respond to the fifty (50) pages of briefing that was submitted by the defendants in response to Plaintiffs' Motion and in support of the defendants' Cross-Motions.

PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT —
No. 2:14-cv-000784-JCC - Page 1

| | | |
|---|---|---|
| 1 | Date: September 30, 2015. | **STEWART, WALD & MCCULLEY, LLC** |
| 2 | | |
| 3 | | By  */s/ Thomas S. Stewart*                         |
| | | Thomas S. Stewart |
| 4 | | Elizabeth McCulley |
| | | Michael J. Smith |
| 5 | | 9200 Ward Parkway, Suite 550 |
| | | Kansas City, MO 64114 |
| 6 | | Telephone:  (816) 303-1500 |
| | | Facsimile:  (816) 527-8068 |
| 7 | | stewart@swm.legal |
| 8 | | mcculley@swm.legal |
| | | smith@swm.legal |
| 9 | | |
| 10 | | AND |
| 11 | | R<small>ODGERS</small> D<small>EUTSCH</small> & T<small>URNER</small>, P.L.L.C. |
| | | Daryl A. Deutsch, WSBA No. 11003 |
| 12 | | Rodgers Deutsch & Turner, P.L.L.C. |
| | | 3 Lake Bellevue Dr. Suite 100 |
| 13 | | Bellevue, WA  98005 |
| 14 | | Telephone:  (425) 455-1110 |
| | | Facsimile:  (425) 455-1626 |
| 15 | | daryl@rdtlaw.com |
| | | **ATTORNEYS FOR PLAINTIFFS** |
| 16 | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

Gavin W. Skok
Bryan J. Case

PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT —
No. 2:14-cv-000784-JCC - Page 2

R<small>ODGERS DEUTSCH & TURNER</small>, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

| | |
|---|---|
| 1 | Courtney L. Seim |
|   | James E. Breitenbucher |
| 2 | RIDDELL WILLIAMS PS |
|   | gskok@riddellwilliams.com |
| 3 | bcase@riddellwilliams.com |
|   | cseim@riddellwilliams.com |
| 4 | jbreitenbucher@riddelwilliams.com |
|   | *Attorneys for Defendant Puget Sound Energy* |

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

Desmond L. Brown
Loren Armstrong
desmond.brown@soundtransit.org
lore.armstrong@soundtransit.org.
*Attorneys for Central Puget Sound Regional Transit Authority*

                                        /s/ *Thomas S. Stewart*

PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT —
No. 2:14-cv-000784-JCC - Page 3

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626