THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SCOTT KASEBURG, et al., | CASE NO. C14-784 JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PORT OF SEATTLE, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to exceed page limit (Dkt. No. 129). Plaintiffs request to file their reply to Port of Seattle's and King County's joint opposition to Plaintiffs' motion for summary judgment and response to Defendants' cross motions for summary judgment in a single brief exceeding the twenty-four (24) page limit by six (6) pages. Good cause having been shown, Plaintiffs' motion is hereby GRANTED. Plaintiffs may file a joint reply and response brief exceeding the twenty-four (24) page limit by six (6) pages.

//
//
//

DATED this 1 day of October 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk