THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KASEBURG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PORT OF SEATTLE, et al.,<br><br>　　　　　Defendants. | CASE NO. C14-0784 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on defendant Central Puget Sound Regional Transit Authority's ("Sound Transit") motion for partial summary judgment on whether construction and operation of a light rail is consistent with BNSF's easements (Dkt. No. 119), and Plaintiffs' response to that motion (Dkt. No. 134). The Court hereby SCHEDULES oral argument on Sound Transit's motion and Plaintiffs' response for Tuesday, November 10, 2015, at 9:00 a.m. The parties will be called as soon as the previous matters on the Court's calendar conclude, and should be prepared to proceed at 9:00 a.m. Each side will have twenty minutes of argument.

The Clerk of Court is directed to RENOTE Sound Transit's motion (Dkt. No. 119) for November 10, 2015.

MINUTE ORDER, C14-0784 JCC
PAGE - 1

DATED this 28 day of October 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C14-0784 JCC
PAGE - 2