THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, ET AL,<br><br>Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation;<br>PUGET SOUND ENERGY, INC., a Washington for profit corporation,<br>KING COUNTY, a home rule charter county, and<br>CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,<br><br>Defendants. | NO. 2:14-CV-000784-JCC<br><br>**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY**<br><br>NOTE ON MOTION CALENDAR: 11/13/2015 |

Pursuant to this Court's Order dated October 23, 2015 (D.E. 138), Plaintiffs produced discovery responses for 54 Plaintiffs today. Plaintiffs' counsel, along with Plaintiffs' Steering Committee, have diligently worked to gather discovery responses since October 23 and continue to do so. In addition to the 54 responses served today, another 18 responses are awaiting notarization and can be produced within the next week. However, because some Plaintiffs have been travelling, some have been ill, and some haven't been finalized for other various reasons, Plaintiffs have yet to obtain the few remaining responses to date. As a result, Plaintiffs respectfully request an additional 30 days in order to continue to collect responses and produce to the Defendants the remaining outstanding discovery. Plaintiffs' counsel

PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY — No. 2:14-cv-000784-JCC - Page 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

contacted the Defendant King County's counsel requesting consent to this Motion and Mr. Hackett responded "The deadline is set by court order and it is not within our power to alter it."

Date: November 13, 2015.                           **STEWART, WALD & MCCULLEY, LLC**

                  By */s/ Thomas S. Stewart*
                    Thomas S. Stewart
                    Elizabeth McCulley
                    Michael J. Smith
                    9200 Ward Parkway, Suite 550
                    Kansas City, MO 64114
                    Telephone: (816) 303-1500
                    Facsimile: (816) 527-8068
                    stewart@swm.legal
                    mcculley@swm.legal
                    smith@swm.legal
                    AND

                    RODGERS DEUTSCH & TURNER, P.L.L.C.
                    Daryl A. Deutsch, WSBA No. 11003
                    Rodgers Deutsch & Turner, P.L.L.C.
                    3 Lake Bellevue Dr. Suite 100
                    Bellevue, WA 98005
                    Telephone: (425) 455-1110
                    Facsimile: (425) 455-1626
                    daryl@rdtlaw.com
                    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 13th day of November, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
timl@calfoharrigan.com
randallt@calfoharrigan.com
kristinb@calfoharrigan.com
*Attorneys for Defendant Port of Seattle*

PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY — No. 2:14-cv-000784-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

| | |
|---|---|
| 1 | Gavin W. Skok |
| | Bryan J. Case |
| 2 | Courtney L. Seim |
| | James E. Breitenbucher |
| 3 | RIDDELL WILLIAMS PS |
| | gskok@riddellwilliams.com |
| 4 | bcase@riddellwilliams.com |
| | cseim@riddellwilliams.com |
| 5 | jbreitenbucher@riddelwilliams.com |
| 6 | *Attorneys for Defendant Puget Sound Energy* |

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

Desmond L. Brown
Loren Armstrong
desmond.brown@soundtransit.org
lore.armstrong@soundtransit.org.
*Attorneys for Central Puget Sound Regional Transit Authority*

                                               /s/ *Thomas S. Stewart*

PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO DISCOVERY — No. 2:14-cv-000784-JCC - Page 3

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr., Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626