THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT KASEBURG,

                            Plaintiff,

        v.

PORT OF SEATTLE, et al.,

                            Defendants.

CASE NO. C14-0784 JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Plaintiffs' motion for enlargement of time to respond to discovery (Dkt. No. 145). On October 23, 2015, the Court ordered Plaintiffs to respond to King County's discovery requests by November 13, 2015. To date, Plaintiffs have responded only in part, claiming that the outstanding requests haven't been responded to due to sickness, travel, and "for other various reasons." (*Id.* at 1.) Plaintiffs provide no concrete details or affidavits for these claims, yet request an additional thirty days to complete their responses. Despite this lack of specificity, the Court hereby EXTENDS the discovery response deadline to November 23, 2015. Plaintiffs are ORDERED to respond to each of King County's outstanding discovery requests by November 23, 2015, and if they cannot, to provide the Court with detailed

1  briefing and supporting affidavits explaining why they are unable to meet this deadline.

2        DATED this 16 day of November 2015.

3                                            William M. McCool
                                             Clerk of Court
4

5                                            s/Paula McNabb
                                             Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26