The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT AND KATHRYN KASEBURG, et al.

Plaintiffs,

vs.

PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation and KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,

Defendants.

NO. 2:14-CV-00784-JCC

**CERTIFICATE OF SERVICE AND RESPONSE TO COURT ORDER**

The undersigned attorneys hereby certify that 16 additional responses, as well as 7 supplemental responses, were electronically served upon the below listed counsel of record for each Defendant on Monday, November 23, 2015.

Further, in response to this Court's Minute Order dated November 16, 2015 pertaining to the remaining outstanding discovery, Plaintiffs attach the Declaration of Elizabeth Gepford McCulley (Exhibit A) and the Declaration of Plaintiffs Scott Kaseburg and Jeanne DeMund

CERTIFICATE OF SERVICE AND RESPONSE TO COURT ORDER
2:15-cv-00358-JCC - Page 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

(Exhibit B) detailing the efforts to collect already produced discovery as well as the efforts to collect outstanding discovery pursuant to this Court's order.

Plaintiffs' counsel and Plaintiffs Kaseburg and DeMund believe that they have made a very diligent effort to meet with this Court's Order concerning the Defendant's motion to compel as well as this Court's order on Plaintiffs' extension to produce discovery.  It is Plaintiffs' counsel's position that we have made a good faith effort to respond to the pending discovery and, for those remaining Plaintiffs, a further extension to answer should be granted by the Court as previously requested.

Date: November 23, 2015.         STEWART, WALD & McCULLEY, L.L.C.

By  /s/ *Thomas S. Stewart*
   Thomas S. Stewart
   Elizabeth McCulley
   9200 Ward Parkway
   Suite 550
   Kansas City, MO 64114
   Telephone:    (816) 303-1500
   Facsimile:    (816) 5278068
   stewart@swm.legal
   mcculley@swm.legal

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone    (425) 455-1110
Facsimile     (425) 455-1626
daryl@rdtlaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE AND RESPONSE TO COURT ORDER
2:15-cv-00358-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

## CERTIFICATE OF SERVICE

I hereby certify that on the 23th day of November 2015, the foregoing was served via electronic mail, postage prepaid upon all parties of record.

Andrew W Marcuse
David J. Hackett
Peter G. Ramels
King County Prosecuting Attorney, Civil Division
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
pete.ramels@kingcounty.gov
ATTORNEYS FOR DEFENDANT
KING COUNTY

James Breitenbucher
Blake Marks-Dias
RIDDELL WILLIAMS
jbreitenbucher@riddellwilliams.com
bmarksdias@riddellwilliams.com
ATTORNEYS FOR DEFENDANT
PUGET SOUND ENERGY

Desmond L. Brown
Loren Armstrong
Desmond.brown@soundtransit.org
Loren.armstrong@soundtransit.org
ATTORNEY FOR DEFENDANT
CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY (SOUND TRANSIT)

VAN NESS FELDMAN, LLP
Dale N. Johnson
dnj.vnf.com
ATTORNEY FOR DEFENDANT
CASCADE WATER ALLIANCE

                                                 /s/ *Thomas S. Stewart*

CERTIFICATE OF SERVICE AND RESPONSE TO COURT ORDER
2:15-cv-00358-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626