THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT AND KATHRYN KASEBURG, et al.,

Plaintiffs,

v.

PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation,

Defendants.

No. 2:14-CV-00784-JCC

**DECLARATION OF EMILY HARRIS IN SUPPORT OF KING COUNTY'S PETITION FOR ATTORNEYS' FEES**

I, Emily Harris, declare as follows:

1. I am a partner at Corr Cronin Michelson Baumgardner Fogg & Moore LLP. I am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify. I make this Declaration in support of King County's Petition for Attorneys' Fees and Costs.

2. On April 2, 2015, King County hired Corr Cronin Michelson Baumgardner Fogg & Moore LLP to serve as co-counsel to attorneys from the King County Prosecuting Attorney's Office.



**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

I serve as a Special Deputy Prosecuting Attorney in this matter, along with David Freeburg, who is an associate of the firm.

3. King County Senior Deputy Prosecuting Attorney David Hackett, David Freeburg, and I were the attorneys primarily responsible for preparing and drafting King County's motion to compel.

4. Prior to joining Corr Cronin, I was an associate at O'Melveny & Myers LLP and a law clerk for the Honorable Thomas G. Nelson of the Ninth Circuit, U.S. Court of Appeals. I have practiced law for approximately sixteen years. Prior to joining Corr Cronin, David Freeburg was an associate at Goodwin Procter LLP. Mr. Freeburg has practiced law for approximately six years.

5. My hourly rate for this matter is $375. David Freeburg's hourly rate is $260. David Hackett's hourly market rate is $375.[1] Based on my experience and knowledge, these are reasonable rates for attorneys with comparable skill, experience, and reputation in the Seattle area.

6. King County incurred the following attorneys' fees in prosecuting its motion to compel:

| Attorney | Rate | Total Hours Billed | Total Dollars Billed |
|---|---|---|---|
| Emily Harris | $375 | 8.9 | $3,337.50 |
| David Freeburg | $260 | 35.9 | $9,334.00 |
| David Hackett | $375 | 7.5 | $2,812.50 |
| | | | |
| **TOTAL EXPENSES** | | | **$15,484.00** |

[1] Because Mr. Hackett is a King County government attorney he does not have a standard hourly billing rate. A market rate of $375 for Mr. Hackett is more than reasonable given his skill, experience and reputation, as set out in his declaration.



**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

7. King County also incurred the following attorneys' fees in preparing this fee petition:

| Attorney | Rate | Total Hours Billed | Total Dollars Billed |
|---|---|---|---|
| Emily Harris | $375 | 0.9 | $337.50 |
| David Freeburg | $260 | 6.8 | $1,768.00 |
| | | | |
| **TOTAL EXPENSES** | | | **$2,105.50** |

8. Attached as **Exhibit A** is a true and correct copy of contemporaneous timekeeping records detailing the work performed by the attorneys at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, and the time spent on each task incurred in prosecuting the motion to compel. No discrete costs were incurred.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 3rd day of December, 2015 at Seattle, Washington.

*s/ Emily J. Harris*
Emily J. Harris, WSBA #35763



**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 3rd day of December, 2015.

*s/ Leslie Nims*
Leslie Nims



**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

# EXHIBIT A

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
**A Limited Liability Partnership**
**1001 Fourth Avenue, Suite 3900**
**Seattle, WA 98154-1051**
**TEL: 206-625-8600 FAX: 206-625-0900**

King County, Washington
Prosecuting Attorney's Office
900 King Co. Administration Bldg.
500 Fourth Avenue
Seattle WA 98104-2316

Attn: David Hackett

| Date | Timekeeper | Description | Rate | Hours | Bill |
|---|---|---|---|---|---|
| 05/11/2015 | E. Harris | Call with D. Hackett and opposing counsel re extension and discovery (.2); follow-up call with D. Hackett re same (.1). | $375.00 | 0.30 | $112.50 |
| 06/24/2015 | E. Harris | Prepare for and participate in meet/confer with plaintiff re Kaseburg (.9); follow-up discussion re motion to compel with D. Hackett (.2); confer with D. Freeburg re drafting motion to compel (.2). | $375.00 | 1.30 | $487.50 |
| 06/24/2015 | D. Freeburg | Research case law re standards for motion to compel (2.6); draft motion to compel (1.7). | $260.00 | 4.30 | $1,118.00 |
| 06/25/2015 | D. Freeburg | Draft motion to compel (5.5); research standard regarding motion to compel (2.7). | $260.00 | 8.20 | $2,132.00 |
| 07/08/2015 | D. Freeburg | Research case law re standards for motion to compel (.7); revise motion to compel (1.1). | $260.00 | 1.80 | $468.00 |
| 07/09/2015 | D. Freeburg | Research case law re standards for motion to compel (1.2); revise motion to compel (3.0). | $260.00 | 4.20 | $1,092.00 |
| 07/10/2015 | D. Freeburg | Revise motion to compel (3.0); analyze objections to discovery requests in preparation for motion to compel (1.4); draft emails to E. Harris re revisions to motion to compel (.4). | $260.00 | 4.80 | $1,248.00 |
| 07/10/2015 | E. Harris | Assess and edit motion to compel and emails with D. Freeburg re same. | $375.00 | 1.60 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/15/2015 | D. Freeburg | Revise motion to compel responses to discovery requests. | $260.00 | 0.80 | $208.00 |
| 07/17/2015 | D. Freeburg | Draft emails to E. Harris and D. Hackett re revisions to motion to compel. | $260.00 | 0.50 | $130.00 |
| 07/21/2015 | D. Freeburg | Draft attorney declaration in support of motion to compel (0.8); draft proposed order in support of motion to compel (0.6); revise motion to compel responses to discovery requests (1.5). | $260.00 | 2.90 | $754.00 |
| 07/23/2015 | D. Freeburg | Revise motion to compel response to discovery requests. | $260.00 | 1.0 | $260.00 |
| 08/03/2015 | E. Harris | Assess plaintiffs' response brief in Kaseburg. | $375.00 | 0.30 | $112.50 |
| 08/03/2015 | D. Freeburg | Draft reply in support of motion to compel. | $260.00 | 1.70 | $442.00 |
| 08/04/2015 | E. Harris | Continue to assess plaintiffs' response and emails re same (.4); conference call re reply strategy (.3). | $375.00 | 0.70 | $262.50 |
| 08/05/2015 | D. Freeburg | Analyze opposition to motion to compel in preparation for reply | $260.00 | 1.50 | $390.00 |
| 08/06/2015 | E. Harris | Review and edit draft reply to motion to compel. | $375.00 | 3.40 | $1,275.00 |
| 08/06/2015 | D. Freeburg | Revise reply in support of motion to compel (.8); draft emails to E. Harris and D. Hackett re reply in support of motion to compel (.6). | $260.00 | 1.40 | $364.00 |
| 08/07/2015 | E. Harris | Edit and finalize Kaseburg reply re motion to compel (.9); review and edit Hackett declaration (.2); edit proposed order (.2). | $375.00 | 1.30 | $487.50 |
| 10/23/2015 | D. Freeburg | Analyze order granting partial summary judgment and motion to compel | $260.00 | 0.8 | $208.00 |
| 10/23/2015 | E. Harris | Review Kaseburg opinion. | $375.00 | 0.3 | $112.50 |
| 11/10/2015 | E. Harris | Email re fee/cost chart for order re attorneys' fees in Kaseburg | $375.00 | 0.1 | $37.50 |
| 11/30/2015 | E. Harris | Review and edit Kaseburg Fee Petition pleading, order, declaration and fee chart. | $375.00 | 0.5 | $187.50 |
| 12/01/2015 | D. Freeburg | Revise fee petition (.8); research case law re standards for fee petitions (1.0); revise declaration re fee petition (.8) | $260.00 | 2.6 | $676.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/02/2015 | D. Freeburg | Draft emails to D. Hackett and E. Harris re revisions to fee petition (.3); revise fee petitions (.8) | $260.00 | 1.1 | $286.00 |
| 12/03/2015 | D. Freeburg | Revise declarations re fee petition (.8); revise fee petition (1.0); draft emails to L. Nims, D. Hackett, and E. Harris re fee petition (.5) | $260.00 | 2.3 | $598.00 |
| TOTAL | | | | | $14,049.00 |