THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SCOTT KASEBURG, et al., | CASE NO. C14-0784 JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PORT OF SEATTLE, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Now that the Court has granted summary judgment on behalf of Puget Sound Energy (Dkt. No. 161), it appears that there may no longer be any undecided issues in this matter. The parties are therefore ORDERED to submit a joint status report informing the Court as to whether any such issues remain. If there are none, the Court will issue judgment and close this case. The joint status report shall be filed on or before March 28, 2016.

//

//

//

DATED this 16th day of March 2016.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk