THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT AND KATHRYN KASEBURG, *et al*, <br><br>  Plaintiffs, <br><br> v. <br><br> PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation and KING COUNTY, a home rule charter county, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, <br><br>  Defendants. | NO. 14-cv-00784-JCC <br><br> JOINT STATUS REPORT |

Pursuant to this Court's Minute Order of March 16, 2016 (Dkt. #162), the parties provide their positions as to whether undecided issues remain in the case:

**<u>Plaintiffs' Position</u>**

Plaintiffs believe that there are outstanding issues in this case despite this Court's rulings thus far. Specifically, and by way of example, Plaintiffs' claims for quiet title still remain and several Defendants also have counterclaims for quiet title. In addition, other corollary issues remain within all of the quiet title claims relative to the Kittinger deed, as opposed to the Lake

JOINT STATUS REPORT (14-cv-00784-JCC) -1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Washington Belt Line deed and the State of Washington condemnation, and who owns the fee in the corridor if the Plaintiffs do not. The Defendants agree that two of the three source conveyances to the railroad only conveyed an easement. King County's position is that the Kittinger source conveyance conveyed fee title to the railroad. Plaintiffs disagree and believe that all three source conveyances only conveyed an easement to the railroad and that Plaintiffs own the underlying fee title in the former railroad corridor. In addition, Plaintiffs are willing to attempt to pursue an interlocutory appeal at this time, if the Defendants and the Court agree, which would necessarily require a stay of the quiet title claims for all parties, but the Defendants have not agreed to pursue that alternative path.

## Defendants' Positions

Puget Sound Energy, Inc.   Plaintiffs do not allege that PSE has claimed any fee interest in the corridor. Instead, Plaintiffs claim that PSE's utility easement has clouded Plaintiffs' alleged fee ownership interests in the corridor and sought to invalidate PSE's utility easement. (*See* Dkt. #83 at pp. 47-50.) In turn, PSE filed a quiet title counterclaim to establish the validity of its utility easement within the corridor: "Pursuant to the South Rail Line Easement, PSE holds a valid and enforceable easement, over, along, above, and below the BNSF rail corridor." (Dkt. #86 at p. 10.) In other words, the dispute between Plaintiffs and PSE is limited to the validity of PSE's utility easement.

PSE moved for summary judgment, arguing that "PSE's utility easement is valid and enforceable, and title should be quieted in PSE's favor as a matter of law." (Dkt. #143 at p. 1.) For purposes of that motion, PSE assumed—without conceding—that the plaintiffs were the fee owners of the corridor and argued that PSE's utility easement was a permissible incidental use of the preserved railroad easements. (*Id.* at pp. 4-5.) The Court granted PSE's motion, which resolves all claims between Plaintiffs and PSE.

If the plaintiffs do not own the corridor in fee, *additional* grounds would exist upon which any reviewing court could affirm the Court's order granting summary judgment to

JOINT STATUS REPORT (14-cv-00784-JCC) -2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

PSE.  Accordingly, PSE submits that an interlocutory appeal would be an inefficient use of judicial resources.

Port of Seattle.  The Port of Seattle brought no counter- or cross-claims and believes there are no remaining issues pertaining to it.  The Port may seek dismissal by way of an agreed dismissal order or motion.

King County.  Plaintiffs and King County have outstanding quiet title claims against each other, which require application of the Court's existing rulings, related doctrines, and final adjudication of the Kittinger deed.  Although factual issues precluded a grant of summary judgment for plaintiffs on the Kittinger deed, the County believes that no factual disputes preclude summary judgment in the County's favor.  Based on recently obtained discovery, the County is also closely examining plaintiffs' Article III standing due to application of Washington's centerline presumption and Kittinger deed issues.  The County believes that all remaining issues can be determined through a final summary judgment motion, which is imminent.  Because plaintiffs have expressed a plan to appeal the Court's existing rulings, resolution of the standing issue is particularly important to continued proceedings in this matter.

Sound Transit.  The Court has already ruled that light rail use on, above, and below ground is consistent with the preserved BNSF easements.  *See* Dkt No. 142 (Order Granting Sound Transit's Motion for Partial Summary Judgment).  The only relief remaining for Sound Transit is for the Court to affirmatively quiet title in Sound Transit's favor stating that consistent with the Court's prior rulings Sound Transit may construct and operate light rail pursuant to its High Capacity Transportation Easement, which plaintiffs acknowledge Sound Transit obtained as part of the multi-party transaction – *see, e.g.*, Dkt. No. 81-1 (3rd Amended Complaint, ¶ 118).  Sound Transit will file a summary judgment motion seeking this relief if the parties cannot otherwise agree to a stipulation to that effect.

JOINT STATUS REPORT (14-cv-00784-JCC) -3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

DATED this 28th day of March, 2016.

          CALFO HARRIGAN LEYH & EAKES LLP

          By s/ *Timothy G. Leyh*
            Timothy G. Leyh, WSBA #14853
          By s/ *Randall Thomsen*
            Randall Thomsen, WSBA #25310
          By s/ *Kristin Ballinger*
            Kristin Ballinger, WSBA #28253

          999 Third Avenue, Suite 4400
          Seattle, WA 98104
          Telephone: (206) 623-1700
          Fax: (206) 623-8717
          timl@calfoharrigan.com
          randallt@calfoharrigan.com
          kristinb@calfoharrigan.com

          Attorneys for Defendant Port of Seattle

          STEWART WALD & McCULLEY LLC

          By s/ *Thomas S. Stewart*
            Thomas S. Stewart
          By s/ *Elizabeth McCulley*
            Elizabeth McCulley

          2100 Central, Suite 22
          Kansas City, MO 64108
          Telephone: (816) 303-1500
          stewart@swm.legal
          mcculley@swm.legal

          Pro Hac Vice Attorneys for Plaintiffs


          By s/ *Thomas E. Hornish*
            Thomas E. Hornish, WSBA #47606

          1237 E. Lake Sammamish Shore Ln. S.E.
          Sammamish, WA 98075
          Telephone: (858) 775-5678
          thornish67@gmail.com

          Attorney for Plaintiffs

JOINT STATUS REPORT (14-cv-00784-JCC) -4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

RIDELL WILLIAMS P.S.

By      s/ *Gavin W. Skok*
     Gavin W. Skok, WSBA #29766
By      s/ *James E. Breitenbucher*
     James E. Breitenbucher, WSBA #27670
By      s/ *Courtney Seim*
     Courtney Seim, WSBA #35352
By      s/ *Bryan J. Case*
     Bryan J. Case, WSBA #41781

     1001 Fourth Avenue, Suite 4500
     Seattle, Washington 98154-1192
     Telephone: (206) 389-1731
     gskok@riddellwilliams.com
     jbreitenbucher@riddellwilliams.com
     cseim@riddellwilliams.com
     bcase@riddellwilliams.com

Attorneys for Puget Sound Energy


KING COUNTY PROSECUTING ATTORNEYS

By      s/ *David J. Hackett*
     David J. Hackett, WSBA#21236
By      s/ *Andrew W. Marcuse*
     Andrew W. Marcuse, WSBA#27552

     Senior Deputy Prosecuting Attorneys
     King County
     500 Fourth Ave., 9th Floor
     Seattle, WA 98104
     Telephone: (206) 296-8820
     david.hackett@kingcounty.gov

JOINT STATUS REPORT (14-cv-00784-JCC) -5

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

CORR CRONIN MICHAELSON
BAUMGARDNER FOGG & MOORE LLP

By   s/ *David Freeburg*
    David Freeburg, WSBA #48935
By   s/ *Emily J. Harris*
    Emily J. Harris, WSBA #35763
    Special Deputy Prosecuting Attorneys

    1001 Fourth Avenue, Suite 3900
    Seattle, WA  98154
    Telephone:  (206) 625-8600
    dfreeburg@corrcronin.com

Attorneys for King County


By   s/ *Desmond L. Brown*
    Desmond L. Brown, WSBA #16232
By   s/ *Loren G. Armstrong*
    Loren G. Armstrong, WSBA #33068

    Central Puget Sound Regional Transit Authority
    401 S. Jackson Street
    Seattle, WA  98104-2826
    Telephone: (206) 398-5212
    desmond.brown@soundtransit.org
    loren.armstrong@soundtransit.org

Attorneys for Central Puget Sound Regional Transit

JOINT STATUS REPORT (14-cv-00784-JCC) -6

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Thomas E. Hornish WSBA 47606
 thornish67@gmail.com

 Thomas S. Stewart
 Elizabeth McCulley
 stewart@swm.legal
 mcculley@swm.legal

 Gavin W. Skok, WSBA#29766
 James E. Brietenbucher, WSBA#27670
 Courtney Seim, WSBA#35352
 Bryan J. Case, WSBA#41781
 gskok@riddellwilliams.com
 jbreitenbucher@riddellwilliams.com
 cseim@riddellwilliams.com
 bcase@riddellwilliams.com

 David J. Hackett, WSBA#21236
 Andrew W. Marcuse, WSBA#27552
 david.hackett@kingcounty.gov
 andrew.marcuse@kingcounty.gov

 Emily J. Harris, WSBA #35763
 David Freeburg, WSBA #48935
 eharris@corrcronin.com
 dfreeburg@corrcronin.com

 Desmond L. Brown, WSBA #16232
 Loren G. Armstrong, WSBA #33068
 desmond.brown@soundtransit.org
 loren.armstrong@soundtransit.org

DATED this 28th day of March, 2016.

        *s/ Lynn Van Eyck*

JOINT STATUS REPORT (14-cv-00784-JCC) -7

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717