```
                    UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON AT SEATTLE
_____

 SCOTT KASEBURG, et al.,           )
                                   )
              Plaintiffs,          ) CASE NO. C14-0784JCC
                                   )
 v.                                ) SEATTLE, WASHINGTON
                                   ) August 23, 2016
 PORT OF SEATTLE, et al.,          )
                                   ) ADMONISHMENT BY THE COURT
              Defendants.          )
                                   )
_____

                   VERBATIM REPORT OF PROCEEDINGS
              BEFORE THE HONORABLE JOHN C. COUGHENOUR
                    UNITED STATES DISTRICT JUDGE
_____


 APPEARANCES:

 For the Plaintiff:    THOMAS S. STEWART
                       Stewart Walk & McCulley, LLC
                       2100 Central, Suite 22
                       Kansas City, MO 64108




 For the Defendant:    DAVID J.W. HACKETT
                       King County Prosecuting Attorney's Office
                       500 4th Avenue, Suite 900
                       Seattle, WA 98104


 Reported by:          NANCY L. BAUER, CCR, RPR
                       Federal Court Reporter
                       700 Stewart Street, Suite 17205
                       Seattle, WA 98101
                       (206) 370-8506
                       nancy_bauer@wawd.uscourts.gov
```

```
 1  August 23, 2016                                      9:50 a.m.
                              PROCEEDINGS
 2  _____

 3                      (Oral argument was heard.)

 4            THE COURT:  How much litigation have you done in

 5  federal court?

 6            MR. STEWART:  In federal court, Your Honor?

 7            THE COURT:  Yes.

 8            MR. STEWART:  Quite a bit.  In particularly the

 9  Federal Court of Claims recently.

10            THE COURT:  How about the United States District

11  Court?

12            MR. STEWART:  Not so much recently, Your Honor.

13            THE COURT:  Have you ever, in another case in the

14  United States District Court, just blatantly disregarded a

15  court order to produce something?  Because your conduct in

16  this case, frankly, takes my breath away.

17            MR. STEWART:  Well, I'm sorry, Your Honor.  I didn't

18  realize that we failed to produce something in this case.

19            THE COURT:  You were ordered to produce title

20  documents a long time ago, and it hasn't been done.

21            MR. STEWART:  I believe, Your Honor, as part of the

22  initial disclosures, we produced title documents.  We gave

23  all the county assessor reports that showed, based on the

24  Washington --

25            THE COURT:  You were ordered to produce chain of
```

1   title documents, and they were not produced.
2           MR. STEWART:  Well, I apologize, Your Honor.  I was
3   not aware that we were ordered to produce chain of title
4   documents.  And we did so, then, later, as part of this
5   motion for --
6           THE COURT:  Yes, documents that you've had since
7   January of 2016.  You referred to, in response to the motion
8   for summary judgment in this case, documents that had been
9   ordered to be produced long ago.
10          MR. STEWART:  Well, I apologize, Your Honor.  I was
11  not aware of that order to produce chain of title documents.
12      And I believe that the centerline presumption in
13  Washington does not require us to produce chain of title
14  documents --
15          THE COURT:  No.  That's irrelevant once the court
16  orders the production of the documents, which I did, and they
17  weren't produced.
18      You'll get an order from me shortly.
19      We'll be in recess.
20                      (COURT IN RECESS.)

# C E R T I F I C A T E

      I, Nancy L. Bauer, CCR, RPR, Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

      I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.

      Dated this 25th day of August 2016.

      /S/   Nancy L. Bauer

      Nancy L. Bauer, CCR, RPR
      Official Court Reporter